AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| SHAWNDALE CHILCOAT, (DOB: XXXXXXXXX) | ) Case: 1:22–mj–00179 |
| DONALD CHILCOAT, (DOB: XXXXXXXX) | ) Assigned To Magistrate Judge : Meriweather, Robin M. |
|  | ) Assign. Date : 8/10/2022 |
|  | ) Description: Complaint w/ Arrest Warrant |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(B) | Entering and Remaining in the Gallery of Congress, |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly Conduct on Capitol Grounds, |
| 40 U.S.C. § 5104(e)(2)(G) | Parade, Demonstrate, or Picket in any of the Capitol Buildings, |
| 18 U.S.C. § 1512(c)(2) | Obstruction or Impeding Any Official Proceeding. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Ian Moore, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 08/10/2022

*Judge's signature*

City and state: Washington, D.C.     Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*