NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.

Criminal Number  22-179

Shawndale Chilcoat
(Defendant)

TO:  ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[■] CJA      [ ] RETAINED      [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Steven R. Kiersh #323329
(Attorney & Bar ID Number)

Steven R. Kiersh
(Firm Name)

5335 Wisconsin Avenue, N.W. #440
(Street Address)

Washington, D.C. 20015
(City)    (State)    (Zip)

(202) 347-0200
(Telephone Number)