AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:22–mj–00179 |
| SHAWNDALE CHILCOAT | ) Assigned To Magistrate Judge : Meriweather, Robin M. |
| | ) Assign. Date : 8/10/2022 |
| | ) Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  SHAWNDALE CHILCOAT                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☒ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(B) - Entering and Remaining in the Gallery of Congress,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds,
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in any of the Capitol Buildings,
18 U.S.C. § 1512(c)(2) - Obstruction or Impeding Any Official Proceeding.

Date:     08/10/2022

2022.08.10 18:15:08 -04'00'

*Issuing officer's signature*

City and state:          Washington, D.C.                     Robin M. Meriweather, U.S. Magistrate Judge
                                                                                *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 8/10/22 , and the person was arrested on *(date)* 8/11/22 at *(city and state)* Celina, OH . |
| Date: 8/11/22          *Arresting officer's signature* |
| Chad Smith / Deputy U.S. Marshal |
| *Printed name and title* |

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case: 1:22−mj−00179 |
| SHAWNDALE CHILCOAT, (DOB: XXXXXXXXX) | ) Assigned To Magistrate Judge : Meriweather, Robin M. |
| DONALD CHILCOAT, (DOB: XXXXXXXX) | ) Assign. Date : 8/10/2022 |
| | ) Description: Complaint w/ Arrest Warrant |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the

_____ in the District of ___ Columbia ___, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1752(a)(1) - | Entering and Remaining in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(2) - | Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(B) - | Entering and Remaining in the Gallery of Congress, |
| 40 U.S.C. § 5104(e)(2)(D) - | Disorderly Conduct on Capitol Grounds, |
| 40 U.S.C. § 5104(e)(2)(G) - | Parade, Demonstrate, or Picket in any of the Capitol Buildings, |
| 18 U.S.C. § 1512(c)(2) - | Obstruction or Impeding Any Official Proceeding. |

This criminal complaint is based on these facts:

See attached statement of facts.

X Continued on the attached sheet.

_____
*Complainant's signature*

Ian Moore, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

2022.08.10
18:11:10 -04'00'

Date: _____ 08/10/2022 _____

_____
*Judge's signature*

City and state: _____ Washington, D.C. _____

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

Case 3:22-mj-05029-DWC Document 1-2 Filed 08/10/22 Page 3 of 26
Case: 1:22-mj-00175

Assigned To Magistrate Judge : Meriweather, Robin M.
Assign. Date : 8/10/2022
Description: Complaint w/ Arrest Warrant

# STATEMENT OF FACTS

Your affiant, Ian Moore, is a Special Agent with the Federal Bureau of Investigation (hereinafter "FBI"), assigned to the FBI's Joint Terrorism Task Force. In my duties as a Special Agent, I have received training and gained experience in a variety of criminal laws and procedures. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, S.E., in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

**FACTS SPECIFIC TO THIS CASE**

In January 2021, based on numerous online and telephonic tips, the FBI initiated an investigation into allegations that SHAWNDALE CHILCOAT and DONALD CHILCOAT were unlawfully present on restricted U.S. Capitol grounds on January 6, 2021.

One tipster, W-1, submitted a tip that stated: "TRESPASSED INTO CAPITOL: Shawndale Morgan Chilcoat ? Celina, Ohio. She has removed most of the posts/videos of her inside the Capitol building on January 6 and threatening violence if Biden is inagurated on January 20. Please see the attached screenshots of what's left on her Facebook."

W-1 attached a screenshot of a Facebook post from "Shawndale Morgan Chilcoat" that said: "OK so antifa is being blamed for breaking windows and storming congress. Um no, it was us I was with them and couldn't be more proud. Please stop giving them credit and realize trumps side has crazies too and they should stew on that for awhile."



Another tipster, W-2, provided a tip that stated "Donny Chilcoat & wife from St. Marys, OH supposedly seen in photo behind 'man with horn hat' as he entered Capital Building. Donny is resorting to friends he was there & inside. Also, a bus from Coldwater, OH took group to Trump speech, then that group attended Capital riots."

A third tipster, W-3, submitted a tip that stated: "This person, Shawndale Morgan Chilcoat from Celina, OH, is a friend of a friend on Facebook who apparently took part in the Capitol incident yesterday. She posted multiple pictures and videos publicly to her Facebook page implying that she was in the Capitol building as part of the crowd that broke in. Most of these videos have been taken down, but I was able to screenshot them. 3 of the screenshots were taken around 10:30 on 1/6, and one was taken at around 12:30 am on 1/7. She appears to be a believer in QAnon conspiracy theories. The link to her Facebook page is

https:/www.facebook.com/shawndale.chilaot." W-3 attached several screenshots of the Facebook profile belonging to "Shawndale Morgan Chilcoat."

W-3 attached the below screenshots of Facebook posts posted by "Shawndale Morgan Chilcoat" at what appears to be the U.S. Capitol building. The caption on one of the posts reads: "They took the steps out so we climbed the scaffolding!"





     W-3 also submitted a screenshot of the same Facebook profile belonging to "Shawndale Morgan Chilcoat," which showed a posted video with the caption: "This should be a warning to congress, just try it on the 20th and u wont have to worry about bidens day not having anyone show up!"

According to business records obtained through a search warrant served on Google, a mobile device associated with donchilcoat2@gmail.com was within the U.S. Capitol building between 2:28 p.m. and 3:24 p.m. on January 6, 2021. Your affiant obtained business records from Google that identified "Don Chilcoat" as the registration name for that email address. The telephone number associated with that email address is listed as ***-***-2242. The associated recovery email address is listed as Shawndalechilcoat@gmail.com, and the recovery telephone number is ***-***-3313.

Online sources show that telephone number ***-***-3313 likely belongs to SHAWNDALE CHILCOAT. That telephone number is associated with a Snapchat account with the display name "Shawndale Chilcoat," and a Telegram account also with the display name "Shawndale Chilcoat." Your affiant attempted telephonic contact with this number and the recorded voicemail greeting referenced "Shawndale Chilcoat."

According to an online database, Verizon is the service provider for telephone numbers ***-***-3313 and ***-***-2242. Business records obtained from Verizon identified both telephone numbers as associated with the same wireless account and listed the account owner for both telephone numbers as KC, a family member of DONALD CHILCOAT and SHAWNDALE CHILOAT. KC shares an address with DONALD CHILCOAT and SHAWNDALE CHILCOAT. SHAWNDALE CHILCOAT is listed as an authorized user with full account access for both telephone numbers.

Additionally, your affiant obtained U.S. Capitol Police Closed Circuit Television (CCTV) recordings and Senate Television ("Senate TV") recordings from January 6, 2017. In a review of those recordings, your affiant identified two persons who your affiant believes to be SHAWNDALE CHILCOAT and DONALD CHILCOAT, together inside the U.S. Capitol building, based on a comparison with photographs obtained from the Ohio Bureau of Motor Vehicles (OBMV). Of note, DONALD CHILCOAT's eyewear in the video recordings appears to match the half-frame glasses worn in his OBMV file photograph.

In the CCTV recordings, SHAWNDALE CHILCOAT is wearing jeans, a black jacket with a grey collar, black gloves, a navy blue beanie with white and red stitching, and black sneakers with a white sole. DONALD CHILCOAT is wearing jeans, a black jacket, a red beanie with the word TRUMP stitched on it, and black sneakers. DONALD CHILCOAT has a grey beard that is visible when his black mask is removed.

Video footage from two camera angles (Image 1 and Image 2) shows that SHAWNDALE CHILCOAT and DONALD CHILCOAT entered the U.S. Capitol building on January 6, 2021, through a fire door located on the Northwest side of U.S. Capitol building next to the Parliamentary Door.



Image 1



Image 2

In Image 3, video footage shows DONALD CHILCOAT holding a cellular telephone and filming his surroundings as he and SHAWNDALE CHILCOAT reach the top of a staircase in the Capitol building.



Image 3

Then, SHAWNDALE CHILCOAT and DONALD CHILCOAT can be seen on video footage entering the Senate Chambers.



Image 4



Image 5

The FBI interviewed W-4, someone personally familiar with SHAWNDALE CHILCOAT and DONALD CHILCOAT, who submitted a tip in July 2021 regarding the Chilcoats' actions on January 6, 2021. W-4 was shown Images 4 and 5 (above), and positively identified SHAWNDALE CHILCOAT and DONALD CHILCOAT in the images.

While on the Senate Floor, SHAWNDALE CHILCOAT and DONALD CHILCOAT took pictures of themselves, and later shared those photos via Facebook messages (Images 6 and 7, below), as discovered when your affiant executed search warrants for SHAWNDALE CHILCOAT's and DONALD CHILCOAT's Facebook accounts, as explained below.

 

Image 6                                    Image 7

Video footage later show SHAWNDALE CHILCOAT and DONALD CHILCOAT walking through the Brumidi Corridor inside of the Capitol building, as depicted in Image 8.



Image 8

Your affiant obtained a search warrant for information associated with SHAWNDALE CHILCOAT's and DONALD CHILCOAT's Facebook accounts from Meta Platforms, Inc. Your affiant has reviewed the returns of those warrants, and note the following relevant statements.

On January 7, 2021, SHAWNDALE CHILOAT wrote, in part: "We were just trying to stop them from certifying the votes and didn't know they were already gone."

SHAWNDALE CHILCOAT "sent" a video at least 11 times through messages to other users with her Facebook account. The video depicts SHAWNDALE CHILCOAT outside of the Capitol building on January 6, 2021, saying: "I'm right at the top of the congress . . . we're going to show them how they need to vote today."

On January 7, 2021, SHAWNDALE CHILCOAT had the following conversation with another Facebook user, hereinafter identified by the initials "DH":

DH: "But was anything accomplished? Was it Antifa that broke a window & stormed the Congress?"
DH: "Or us?"
Shawndale Morgan Chilcoat: "Us of course I was with them and I couldn't be more proud! Antifa couldn't of done anything around us"
DH: "We've been told they dressed up like Trump supporters"
DH: "That they did it to throw share on Trump."
Shawndale Morgan Chilcoat: "I don't see how anything they could of done would of hurt him. Honestly we should burn the fucker down"

SHAWNDALE CHILCOAT also posted a video from January 6, 2021 of someone attempting to break a window of the Capitol building, and a voice, which sounds like SHAWNDALE CHILCOAT, narrates: "woooo yeah break them all!!"

One of DONALD CHILCOAT's videos from January 6, 2021, narrates the following: "we're getting ready to go up that scaffolding into the capitol building here. People climbing everywhere. Crazy shit man. Crazy shit here. This is a fucking crazy mother fucking . . . we're going into the capitol building now."

On January 7, 2021, DONALD CHILCOAT had the following conversation with another Facebook user, hereinafter identified by the initials "BK":

BK: Kicking down doors at the Capitol building are ya? Haha
Donald Chilcoat: She was lol crazy there
BK: I seen all your videos. That was pretty wild
Donald Chilcoat: Yes it was so many people it was fucking crazy. I'm crazy but it was scary

Based on the foregoing, your affiant submits that there is probable cause to believe that SHAWNDALE CHILCOAT and DONALD CHILCOAT violated 18 U.S.C. § 1752(a)(1) and (2),

which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that SHAWNDALE CHILCOAT and DONALD CHILCOAT violated 40 U.S.C. § 5104(e)(2)(B), (D), and (G), which makes it a crime to willfully and knowingly (B) enter or remain in the gallery of either House of Congress in violation of rules governing admission to the gallery adopted by that House or pursuant to an authorization given by that House; (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Finally, your affiant submits there is probable cause to believe that SHAWNDALE CHILCOAT and DONALD CHILCOAT violated 18 U.S.C. § 1512(c)(2), which makes it a crime to obstruct, influence, or impede any official proceeding, or attempt to do so. Under 18 U.S.C. § 1515, congressional proceedings are official proceedings.

Respectfully submitted,

Ian Moore
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 10th day of August 2022.

ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

11

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>SHAWNDALE CHILCOAT<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

3:22MJ5261 NDOH

Case: 1:22−mj−00179
Assigned To Magistrate Judge : Meriweather, Robin M.
Assign. Date : 8/10/2022
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   SHAWNDALE CHILCOAT                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(B) - Entering and Remaining in the Gallery of Congress,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds,
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in any of the Capitol Buildings,
18 U.S.C. § 1512(c)(2) - Obstruction or Impeding Any Official Proceeding.

Date:      08/10/2022

2022.08.10 18:15:08
-04'00'

_____
*Issuing officer's signature*

City and state:        Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                                    _____<br>                                                                                        *Arresting officer's signature*<br><br>                                                                                        _____<br>                                                                                        *Printed name and title* |

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

**FILED**

AUG 11 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   3:22mj5261 |
| Shawndale Chilcoat | ) | |
| | ) | Charging District's Case No.   1:22mj179 |
| _____ | ) | |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   District of Columbia
.

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)   a hearing on any motion by the government for detention;

(6)   request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑   an identity hearing and production of the warrant.

☐   a preliminary hearing.

☐   a detention hearing.

☐   an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☑ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   08/11/2022

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

THOMAS KURT

_____
*Printed name of defendant's attorney*

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

FILED

AUG 1 5 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 3:22mj5261 |
| Shawndale Chilcoat | ) |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Shawndale Chilcoat _____ *(defendant)*, agree to follow every order of this court, or any
court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )     to appear for court proceedings;

( X )     if convicted, to surrender to serve a sentence that the court may impose; or

( X )     to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(    ) (1)  This is a personal recognizance bond.

( X ) (2)  This is an unsecured bond of $  10,000.00 _____  .

(    ) (3)  This is a secured bond of $ _____ , secured by:

    (    ) (a) $ _____ , in cash deposited with the court.

    (    ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property
            *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of
            ownership and value)*:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (    ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.*  This appearance bond may be forfeited if the defendant does not comply with the above
agreement.  The court may immediately order the amount of the bond surrendered to the United States, including the
security for the bond, if the defendant does not comply with the agreement.  At the request of the United States, the court
may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including
interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)      all owners of the property securing this appearance bond are included on the bond;

    (2)      the property is not subject to claims, except as described above; and

    (3)      I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:   08/15/2022

                                                          *Defendant's signature*

 

*Surety/property owner – printed name*                               *Surety/property owner – signature and date*

*Surety/property owner – printed name*                               *Surety/property owner – signature and date*

*Surety/property owner – printed name*                               *Surety/property owner – signature and date*

Sandy Opacich,
*CLERK OF COURT*

Date:   08/15/2022

                                              Deputy Clerk

                                              *Signature of Clerk or Deputy Clerk*

Approved.

Date:   08/15/2022

                                              Darrell A. Clay, U.S. Magistrate Judge

                                              *Judge's signature*

# UNITED STATES DISTRICT COURT

### for the

**FILED**

**AUG 1 5 2022**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

United States of America )
v. )
)
Shawndale Chilcoat )
———————————————— )
*Defendant* )

Case No.   3:22mj5261

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____

*Place*

on _____

*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

       $10,000.00, unsecured

# ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:
Person or organization _____
Address (only if above is an organization) _____
City and state _____     Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____
Custodian _____ Date _____

( ☑ )  (7)  The defendant must:
( ☑ )  (a)  submit to supervision by and report for supervision to the   U.S. Pretrial Services, as directed                      ,
telephone number _____ , no later than _____ .
( ☐ )  (b)  continue or actively seek employment.
( ☐ )  (c)  continue or start an education program.
( ☐ )  (d)  surrender any passport to: _____
( ☑ )  (e)  not obtain a passport or other international travel document.
( ☑ )  (f)  abide by the following restrictions on personal association, residence, or travel:   State of Ohio and Washington DC (and intermediate
locations for Court purposes travel to and from)
( ☑ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:
_____
( ☐ )  (h)  Undergo a psychiatric/mental health evaluation and/or counseling as directed by Pretrial Services. Take all medication as prescribed
( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( ☑ )  (k)  not possess a firearm, destructive device, or other weapon.
( ☑ )  (l)  not use alcohol ( ☐ ) at all ( ☑ ) excessively.
( ☑ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( ☑ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer.  Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.  The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
( ☑ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer. Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release.
( ☐ )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed:
( ☐ )  (i)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
( ☐ )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
( ☐ )  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
( ☐ )  (iv)  **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
**Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.
( ☐ )  (q)  submit to the following location monitoring technology and comply with its requirements as directed:

# ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (i)   Location monitoring technology as directed by the pretrial services or supervising officer; or
( ☐ ) (ii)   Voice Recognition; or
( ☐ ) (iii)   Radio Frequency; or
( ☐ ) (iv)   Active or passive GPS.

( ☐ )   (r)   pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ )   (s)   report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ )   (t)   no contact with co-defendants. regarding the charges in the pending case.

( ☐ )   (u) _____

☐   Participate in cognitive behavioral program as instructed by the U.S. Pretrial Services and Probation Officer or the Court.

☐   Prohibition on Access to Computer/Internet: The defendant is prohibited from accessing any computer, Internet Service Provider, bulletin board system or any other public or private computer network or the service at any location * (including employment or education) without prior written approval of the U.S. Pretrial Services and Probation Office or the Court. Any approval shall be subject to any conditions set by the U.S. Pretrial Services and Probation Office or the Court with respect to that approval. Any computer found is subject to seizure and/or search. A search will not be conducted prior to approval of the Court.

☐   Computer/Internet Access Permitted: The defendant shall consent to the U.S. Pretrial Services and Probation Office conducting periodic unannounced examinations of his/her computer system(s), which may include retrieval and copying of all memory from hardware/software and/or removal of such system(s) for the purpose of conducting a more thorough inspection and will consent to having installed on his/her computer(s), at his/her expense, any hardware/software to monitor his/her computer use or prevent access to particular materials. The defendant hereby consents to periodic inspection of any such installed hardware/software to insure it is functioning properly. The defendant shall provide the U.S. Pretrial Services and Probation Office with accurate information about his/her entire computer system (hardware/software); all passwords used by him/her; and his/her Internet Service Provider(s); and will abide by all rules of the Computer Restriction and Monitoring Program.

☐   Computer/Internet Restrictions: The defendant is prohibited from accessing any on-line computer service at any location (including employment or education) without prior written approval of the U.S. Pretrial Services and Probation Office or the Court. This includes any Internet Service Provider, bulletin board system or any other public or private computer network. Any approval shall be subject to conditions set by the U.S. Pretrial Services and Probation Office or the Court with respect to that approval.

The defendant shall consent to the U.S. Pretrial Services and Probation Office conducting periodic unannounced examinations of his/her computer system(s), which may include retrieval and copying of all memory from hardware/software and/or removal of such system(s) for the purpose of conducting a more thorough inspection and will consent to having installed on his/her computer(s), at the defendant's expense, any hardware/software to monitor his/her computer use or prevent access to particular materials. The defendant hereby consents to periodic inspection of any such installed hardware/software to insure it is functioning properly.

The defendant shall provide the U.S. Pretrial Services and Probation Office with accurate information about the defendant's entire computer system (hardware/software); all passwords used by him/her; and the defendant's Internet Service Provider(s); and will abide by all rules of the Computer Restriction and Monitoring Program.

☐   No Contact with Minors: The defendant shall not associate or have verbal, written, telephone, or electronic communication with any person under the age of 18 except in the presence of the parent or legal guardian of said minor. This provision does not encompass persons under the age of 18, such as waiters, cashiers, ticket vendors, etc., with whom the defendant must deal in order to obtain ordinary and usual commercial services.

The defendant shall not frequent or loiter within 1000 feet of schoolyards, playgrounds, theme parks, arcades, swimming pools, skating rinks, toy stores and other places where persons under the age of 18 play, congregate, or gather, without the prior express written approval of the U.S. Pretrial Services and Probation Office.

The defendant shall not seek, obtain or maintain any employment, volunteer work, church or recreational activities involving minors (persons under the age of 18) in any way without the prior express written approval of the U.S. Pretrial Services and Probation Office.

| AO 199C  (Rev. 09/08) Advice of Penalties | Page | 4 | of | 4 | Pages |

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Toledo  OH.
_____
*City and State*

## Directions to the United States Marshal

(✓) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____8/15/2022_____      _____
*Judicial Officer's Signature*

Darrell A. Clay, U.S. Magistrate Judge
_____
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:22mj5261 |
| | ) | |
| Shawndale Chilcoat | ) | Charging District:  District of Columbia |
| *Defendant* | ) | Charging District's Case No.  1:22mj179 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| Place: | Courtroom No.: via video conference |
|---|---|
| | Date and Time: 8/18/2022 1:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Government to provide counsel with video

Date:    08/15/2022

_____
*Judge's signature*

_____
Darrell A. Clay, U.S. Magistrate Judge
*Printed name and title*

**Query**   **Reports**   **Utilities**   **Help**   **What's New**   **Log Out**

# U.S. District Court
## Northern District of Ohio (Toledo)
### CRIMINAL DOCKET FOR CASE #: 3:22-mj-05261-DAC All Defendants <span style="color:blue">Termed</span>

Case title: United States of America v. Chilcoat

Other court case number: 1:22mj179 District of Columbia

Date Filed: 08/11/2022

Date Terminated: 08/15/2022

Assigned to: Magistrate Judge Darrell
A. Clay

#### Defendant (1)

**Shawndale Chilcoat**
*TERMINATED: 08/15/2022*

represented by **Thomas P. Kurt**
Thomas Kurt
610 Adams Street
Toledo, OH 43604
419-214-5495
Fax: 419-243-4920
Email: thomaskurt.law@gmail.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*
*Bar Status: Active*

#### Pending Counts

None

#### Disposition

#### Highest Offense Level (Opening)

None

#### Terminated Counts

None

#### Disposition

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| 18:1752(a)(1) Entering and Remaining in a Restricted Building or Grounds | |
| 18:1752(a)(2) Disorderly and Disruptive Conduct in a Restricted Building or Grounds | |
| 40:5104(e)(2)(B) Entering and Remaining in the Gallery of Congress | |
| 40:5104(e)(2)(D) Disorderly Conduct on Capitol Grounds | |
| 40:5104(e)(2)(G)Parade, Demonstrate, or Picket in any of the Capitol Buildings | |
| 18:1512(c)(2) Obstruction or Impeding Any Official | |

**Plaintiff**

**United States of America**     represented by     **Michael J. Freeman**
Office of the U.S. Attorney - Toledo
Northern District of Ohio
Ste. 308
Four SeaGate
Toledo, OH 43604-2624
419-259-6376
Fax: 419-259-6360
Email: michael.freeman2@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Govt*

**Tracey Ballard Tangeman**
Office of the U.S. Attorney - Toledo
Northern District of Ohio
Ste. 308
Four SeaGate

Toledo, OH 43604-2624
419-259-6376
Fax: 419-259-6360
Email: tracey.tangeman@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Govt*

Email All Attorneys

Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 08/11/2022 | | Arrest (Rule 40) of Shawndale Chilcoat (1) on 8/11/2022. (R,Ke) (Entered: 08/11/2022) |
| 08/11/2022 | 1 | Rule 5 Warrant (original) received as to Shawndale Chilcoat (1). (Attachments: # 1 Complaint, # 2 Affidavit, # 3 Warrant, redacted) (R,Ke). (Entered: 08/11/2022) |
| 08/11/2022 | | Scheduling **Order** as to Shawndale Chilcoat (1), Rule 5 Initial Appearance set for 8/11/2022 at 04:00 PM in Courtroom 224. Magistrate Judge Darrell A. Clay on 8/11/2022. (R,Ke) (Entered: 08/11/2022) |
| 08/11/2022 | | **Minutes of proceedings** [non-document] before Magistrate Judge Darrell A. Clay. Initial Appearance in Rule 5(c)(3) Proceedings as to Shawndale Chilcoat (1) held on 8/11/2022. Government appeared by attorney Michael Freeman; Defendant appeared with attorney Thomas Kurt; Officer Dave Clifford appeared for U.S. Pretrial Services. Charges read. Financial affidavit executed and approved. Attorney Kurt appointed to represent defendant. Parties advised of the Due Process Protections Act. Defendant waived Rule 5 identity hearing and requests that preliminary hearing be held in the charging district. Government moved for detention. Detention hearing set for 8/15/22 3:00 PM in courtroom 224 before Magistrate Judge Darrell A. Clay. Defendant ordered temporarily detained. (Court Reporter ECRO Ashley Kreager) Time: 25 minutes. (R,Ke) (Entered: 08/11/2022) |
| 08/11/2022 | | **Order** [non-document] as to Shawndale Chilcoat (1). Pursuant to the Due Process Protections Act, Government's counsel is advised of and ordered to comply with the government's disclosure requirements under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny; and reminded that failure to comply with those disclosure obligations in timely manner could result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court. Magistrate Judge Darrell A. Clay on 8/11/2022. (R,Ke) (Entered: 08/11/2022) |
| 08/11/2022 | 2 | CJA 23 Financial Affidavit by Shawndale Chilcoat (1). Magistrate Judge Darrell A. Clay on 8/11/2022. (R,Ke) (Entered: 08/11/2022) |
| 08/11/2022 | | CJA 20 Appointment of Attorney Thomas P. Kurt for Shawndale Chilcoat. |

| | | |
|---|---|---|
| | | Counsel is reminded of their obligation to report significant changes in defendant's employment or financial circumstances sufficient to enable defendant to pay, in whole or in part, for legal representation. CJA Plan, Part IV (D)(2). Magistrate Judge Darrell A. Clay on 8/11/2022. (R,Ke) (Entered: 08/11/2022) |
| 08/11/2022 | 3 | Waiver of Rule 5(c)(3) Hearing by Shawndale Chilcoat (1). (R,Ke) (Entered: 08/11/2022) |
| 08/11/2022 | 4 | Temporary **Order** of Detention as to Shawndale Chilcoat (1). Detention hearing set for 8/15/22 3:00 PM in courtroom 224. Magistrate Judge Darrell A. Clay on 8/11/2022. (R,Ke) (Entered: 08/11/2022) |
| 08/12/2022 | 5 | Arrest Warrant Returned Executed on 8/11/2022 in case as to Shawndale Chilcoat (1). (S,DM) (Entered: 08/12/2022) |
| 08/15/2022 | | **Minutes of proceedings** [non-document] before Magistrate Judge Darrell A. Clay. Detention Hearing as to Shawndale Chilcoat (1) held on 8/15/2022. Government appeared by attorney Tracey Tangeman; Defendant appeared with attorney Thomas Kurt; Officer Jordan Spadafore appeared for U.S. Pretrial Services. Defendant released on $10,000 unsecured bond with terms and conditions as stated on the record.(Court Reporter ECRO Jessica Hancock) Time: 20 minutes. (R,Ke) (Entered: 08/15/2022) |
| 08/15/2022 | 7 | Appearance Bond Entered as to Shawndale Chilcoat (1) in amount of $ 10,000.00, unsecured. (R,Ke) (Entered: 08/15/2022) |
| 08/15/2022 | 8 | **Order** Setting Conditions of Release. Magistrate Judge Darrell A. Clay on 8/15/2022. (R,Ke) (Entered: 08/15/2022) |
| 08/15/2022 | 9 | Commitment to Another District as to Shawndale Chilcoat (1). Defendant committed to District of Columbia. Magistrate Judge Darrell A. Clay on 8/15/2022. (R,Ke) (Entered: 08/15/2022) |
| 08/15/2022 | | Notice to District of Columbia of a Rule 5 Initial Appearance as to Shawndale Chilcoat (1). Your case number is: 1:22mj179. Using your PACER account, you may retrieve the docket sheet and any text-only entry via the case number link. The following document link(s) is also provided: 9 Commitment to Another District, 1 Rule 40 Warrant from Another District, 8 Order Setting Conditions of Release, 3 Waiver of Rule 5(c)(3) Hearing, 5 Warrant Returned Executed, 4 Order of Detention, 7 Bond. If you require certified copies of any documents, please send a request to ohndml_InterDistrictTransfer@ohnd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov. (R,Ke) (Entered: 08/15/2022) |