IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No: 22-mj-179 |
| | : | |
| v. | : | |
| | : | |
| SHAWNDALE CHILCOAT | : | |
| | : | |
| and | : | |
| | : | |
| DONALD CHILCOAT, | : | |
| | : | |
| Defendants. | : | |

**CONSENT MOTION TO CONTINUE PRELIMINARY HEARING
AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States, through undersigned counsel, hereby files this motion to adjourn the preliminary hearing set for Shawndale Chilcoat on September 6, 2022, in the above-captioned matter, for at least 7 days, until September 13, 2022. Defense counsel for Shawndale Chilcoat consents to this motion. We request the additional time because the parties need additional time to consider and discuss any potential pre-indictment resolution and gather and produce any pre-indictment discovery.

The parties request that the Court exclude the time until the preliminary hearing is scheduled, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        UNITED STATES ATTORNEY
                                        D.C. Bar No. 481052

Date: August 30, 2022                By:   */s/ Ashley Akers*
                                                   Ashley Akers
                                                   Trial Attorney
                                                   MO Bar No. 69601
                                                   Detailed to the U.S. Attorney's Office
                                                   601 D Street NW
                                                   Washington, DC 20001
                                                   (202) 353-0521
                                                   AshleyAkers@usdoj.gov

CERTIFICATE OF SERVICE

On this 30th day of August, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

By:   */s/ Ashley Akers*
    Ashley Akers
    Trial Attorney
    MO Bar No. 69601
    Detailed to the U.S. Attorney's Office
    601 D Street NW
    Washington, DC 20001
    (202) 353-0521
    AshleyAkers@usdoj.gov