## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No: 22-mj-179** |
| | : | |
| **v.** | : | |
| | : | |
| **SHAWNDALE CHILCOAT,** | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Based upon the representations in the Consent Motion to Continue Preliminary Hearing and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is GRANTED; it is further

**ORDERED** that the currently scheduled preliminary hearing on September 6, 2022, be continued for good cause to September 13, 2022 at 1:00 PM; and it is further

**ORDERED** that the time between September 6, 2022, and September 13, 2022, shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide counsel sufficient time to prepare for a preliminary hearing.

THE HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE