UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

v.     22-CR-299(CKK)

**SHAWNDALE CHILCOAT**

**NOTICE OF CONSENT TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

Shawndale Chilcoat, buy and through undersigned counsel, does hereby file this Notice of consent to exclude time under the Speedy Trial Act, from September 20, 2022 until September 26, 2022.

On September 13, 2022, the Honorable Colleen Kollar-Kotelly issued a minute Order scheduling Ms. Chilcoat's arraignment for September 26, 2022 at 2:00pm. This Court directed counsel for the defendant to file a Notice informing the Court whether she consents to exclude time under the Speedy Trial Act from September 20, 2022 to September 26, 2022. Ms. Chilcoat does consent to this exclusion of time. Undersigned counsel has also discussed this with government counsel, who also consents to the exclusion of time. The parties believe this exclusion of time is appropriate pursuant to 18 U.S.C. Sec. 3161, et seq., on the basis that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. Sec. 3616 (h)(7)(A).

Respectfully submitted,

_____/s/_____
Steven R. Kiersh#323329
5335 Wisconsin Avenue, N.W.
#440
Washington, D.C. 20015
(202) 347-0200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was served, via the Court's electronic filing system, on this the ____19th___ day of September, 2022 upon the Office of the U.S. Attor,ney 601 D Street, N.W., Washington, D.C. 20573.

_____/s/_____
Steven R. Kiersh