IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | * Case No.: **22-cr-00299 CKK** |
| SHAWNDALE CHILCOAT | * |
| **Defendant** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FILING – DISCOVERY**

NOW COMES, the Defendant, Shawndale Chilcoat, by and through her counsel, Michael E. Lawlor and Brennan, McKenna & Lawlor, Chartered, and hereby files for the record a copy of discovery correspondence recently provided by the undersigned to the United States in connection with the above-referenced case.

WHEREFORE, Shawndale Chilcoat respectfully moves this Honorable Court to accept this document for filing and make it a part of the record in this case.

Respectfully submitted,

/s/

November 21, 2022

Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
Bar Number 459767
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301-474-0044 (telephone number)
301-474-5730 (facsimile number)
mlawlor@verizon.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 21, 2022, a copy of the foregoing was sent via electronic filing to the United States Attorney's Office for the District of Columbia.

/s/

Michael E. Lawlor

1