## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

       **v.**        **22-cr-299(CKK)**

**SHAWNDALE CHILCOAT**

### MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel does hereby respectfully seek leave to withdraw as counsel for defendant. In support thereof, defendant sets forth as counsel:

1. Undersigned counsel was appointed to represent defendant pursuant to the Criminal Justice Act. On November 21, 2022, new counsel entered an appearance pursuant to the Criminal Justice Act.

2. The services of undesigned counsel are no longer necessary in this matter.

WHEREFORE, the foregoing considered, undersigned counsel requests leave to withdraw his appearance as counsel for defendant.

          Respectfully submitted,

          _____/s/_____
          Steven R. Kiersh #323329
          5335 Wisconsin Avenue, N.W.
          Suite 440
          Washington, D.C.  20015
          (202) 347-0200

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and accurate copy of the foregoing was served upon all counsel of record, via the Court's electronic filing system, on this the 22nd day of November, 2022.

                                     _____/s/_____
                                     Steven R. Kiersh

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

       **v.**           **22-cr-299(CKK)**

**SHAWNDALE CHILCOAT**

### ORDER

Upon consideration of the Motion to Withdraw as Counsel, there being good cause demonstrated, it is by this Court on this the _____day of_____, 2022;

ORDERED, that the Motion to Withdraw is Granted and the appearance of Steven R. Kiersh as counsel for defendant is hereby withdrawn.

                                        _____
                                        Honorable Colleen Kollar-Kotelly
                                        UNited States District Judge