LEAVE TO FILE GRANTED
Judge C Kollar-Kotelly
Dec. 28, 2022
file in both defendants cases

United States District Court for the District of Columbia

United States of America
    Petitioner,

v

Shawndale D. Chilcoat,

Donald E. Chilcoat
    Respondents,

Case No 22cr299

Notice of Non-Consent
of Attorneys

Comes now, Shawndale D. Chilcoat and Donald E. Chilcoat, sui juris, in their proper persons, reserve our right to represent themselves and hereby remove any and all attorneys assigned to the above named case.

2

United States District Court for the District of Columbia

United States of America
    Petitioner,

v

Shawndale D. Chilcoat

Donald E. Chilcoat
    Respondent's,

Case No 22cr299

**NOTICE OF SPECIAL APPEARANCE**

TO: CLERK OF THE ABOVE DISTRICT COURT

Comes now, two of the people of the State of Ohio, Shawndale D. Chilcoat and Donald E. Chilcoat, two of the Lawful people of Ohio. Respondents in the matter listed above case number appears specially and not generally in propria persona, sui juris, and in personam, to bear witness to any trespass of the Law, comes before this court under duress, coercion, theft and under threat of arrest pursuant to submitting non-consent to attorneys assigned to the above named case.

_____    12-23-22
Shawndale D. Chilcoat                         Date

_____    12-23-22
Donald E. Chilcoat                             Date

1

## CERTIFICATE OF SERVICE

I certify that on the ____ day of December ____ 2022, a true and correct copy of the forgoing was served upon:

United States District Court
For the District of Columbia                    Electronically Delivered
333 Constitutional Ave
N.W. Washington D.C. 20001

3