# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  v.<br><br>SHAWNDALE CHILCOAT<br>  and<br>DONALD CHILCOAT,<br><br>  Defendants. | Criminal Action No. 22-299 (CKK) |

## ORDER
(January 10, 2023)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 10th day of January, 2023 hereby

**ORDERED** that Defendants Shawndale Chilcoat and Donald Chilcoat's [37], [38], [39], and [40] motions, treated collectively as their Motion to Dismiss, is **DENIED**.

As noted in the December 28, 2022 Minute Order, the Court will soon schedule a hearing to address Defendants' independent motions to proceed *pro se*.

**SO ORDERED**.

*The Clerk of Court is instructed to send a copy of the Memorandum Opinion and Order overnight to Defendants' addresses of record.*

Dated: January 10, 2023

                                            /s/
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge