IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| vs. | * Case No.: **22-cr-00299 CKK** |
| **SHAWNDALE CHILCOAT** | * |
| **Defendant** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PROPOSED ORDER OF THE COURT

This matter is before the Court on the defendant's Unopposed Motion to Continue Status Conference and Exclusion of Time from Calculation Under the Speedy Trial Act. The Court having considered the motion, being fully advised, it is this _____ day of _____, 2023:

**ORDERED**, that the Unopposed Motion to Continue Status Conference and Exclusion of Time from Calculation Under the Speedy Trial Act be and the same is hereby **GRANTED;** and it is further,

**ORDERED,** that the status conference scheduled for Monday, July 3, 2023 is hereby continued to a date within 14 days that is convenient to the Court and all parties, and that this time be excluded from the Speedy Trial calculation in this case.

_____
UNITED STATES JUDGE