UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>SHAWNDALE CHILCOAT,<br>DONALD CHILCOAT,<br><br>   Defendants. | Criminal No.  22-cr-299 (CKK) |

ORDER IDENTIFYING TEMPLATE FOR
PROPOSED PRETRIAL SCHEDULING ORDER
(July 28, 2023)

      As discussed with the parties during the status hearing on July 28, 2023, the Court issues this template for a proposed Pretrial Scheduling Order. The parties shall confer and review this template, add dates to the "Proposed Deadlines" column, and file it with the Court no later than **August 29, 2023**.

*Proposed Deadlines*

Discovery & Associated Deadlines
Government to complete any final discovery under present indictment     _____
Aspirational date for grand jury decision re: superseding indictment     _____
Government to complete discovery under any superseding indictment     _____
Discovery motions (Fed. R. Crim. P. 16)     _____

Expert Notices & Other Crimes Evidence
Government's expert notice (FRE 701 & 702)     _____
Defendant's expert notice (FRE 701 & 702)     _____
Government's FRE 404(b) notice     _____
Defendant's response to FRE 404(b) notice     _____
*Brady* notice     _____

Experts
Expert reports (FRE 702)     _____
Lay witness identification and subject matter (FRE 701)     _____

Non-Evidentiary Pretrial Motions
Defendant's non-evidentiary pretrial motions,
such as motions challenging the indictment     _____
    Government's response to Defendant's non-evidentiary motions     _____
    Defendant's reply as to non-evidentiary motions     _____

| | |
|---|---|
| Government's non-evidentiary pretrial motions | _____ |
|     Defendant's response to Government's non-evidentiary motions | _____ |
|     Government's reply as to non-evidentiary motions | _____ |

Evidentiary Pretrial Motions

| | |
|---|---|
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | _____ |
|     Government's response to Defendant's evidentiary motions | _____ |
|     Defendant's reply as to evidentiary motions | _____ |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | _____ |
|     Defendant's response to Government's evidentiary motions | _____ |
|     Government's reply as to evidentiary motions | _____ |

Motions in Limine

| | |
|---|---|
| Motions *in limine* by both sides | _____ |
| Responses to motions *in limine* | _____ |
| Replies as to motions *in limine* | _____ |
| | |
| Joint notice of stipulations | _____ |
| | |
| *Giglio*, *Jencks*, and Rule 26.2 material | _____ |
| | |
| *Voir Dire* and Jury Instructions | _____ |

Witness and Exhibit Lists

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | _____ |
| Defendant's witness list, exhibit list and exhibits | _____ |

Hearings

| | |
|---|---|
| Status Hearing | _____ |

Additional pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

The Court shall set a trial date in the future.

    **SO ORDERED.**

                                                /s/ _____
                                               COLLEEN KOLLAR-KOTELLY
                                               United States District Judge