**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

v.

SHAWNDALE CHILCOAT,
DONALD CHILCOAT,

Defendants.

Criminal No.  22-cr-299 (CKK)

**GOVERNMENT'S PROPOSED**
**ORDER IDENTIFYING TEMPLATE FOR**
**PROPOSED PRETRIAL SCHEDULING ORDER**

| | *Proposed Deadlines* |
|---|---|
| <u>Discovery & Associated Deadlines</u> | |
| Government to complete any final discovery under present indictment | January 12, 2024 |
| | |
| Aspirational date for grand jury decision re: superseding indictment | October 31, 2023 |
| Government to complete discovery under any superseding indictment | January 12, 2024 |
| Discovery motions (Fed. R. Crim. P. 16) | January 19, 2024 |
| | |
| | |
| <u>Expert Notices & Other Crimes Evidence</u> | |
| Government's expert notice (FRE 701 & 702) | February 5, 2024 |
| Defendant's expert notice (FRE 701 & 702) | February 5, 2024 |
| Government's FRE 404(b) notice | February 5, 2024 |
| Defendant's response to FRE 404(b) notice | February 13, 2024 |
| *Brady* notice | |
| | |
| <u>Experts</u> | |
| Expert reports (FRE 702) | February 19, 2024 |
| Lay witness identification and subject matter (FRE 701) | February 26, 2024 |
| | |
| <u>Non-Evidentiary Pretrial Motions</u> | |
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | December 1, 2023 |
| Government's response to Defendant's non-evidentiary motions | December 15, 2023 |
| Defendant's reply as to non-evidentiary motions | December 22, 2023 |

| | |
|---|---|
| Government's non-evidentiary pretrial motions | December 1, 2023 |
| Defendant's response to Government's non-evidentiary motions | December 15, 2023 |
| Government's reply as to non-evidentiary motions | December 22, 2023 |

Evidentiary Pretrial Motions

| | |
|---|---|
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | January 12, 2024 |
| Government's response to Defendant's evidentiary motions | February 2, 2024 |
| Defendant's reply as to evidentiary motions | February 14, 2024 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | January 12, 2024 |
| Defendant's response to Government's evidentiary motions | February 2, 2024 |
| Government's reply as to evidentiary motions | February 14, 2024 |

Motions in Limine

| | |
|---|---|
| Motions *in limine* by both sides | January 12, 2024 |
| Responses to motions *in limine* | February 2, 2024 |
| Replies as to motions *in limine* | February 14, 2024 |
| Joint notice of stipulations | February 26, 2024 |
| *Giglio*, *Jencks*, and Rule 26.2 material | February 26, 2024 |
| *Voir Dire* and Jury Instructions | February 26, 2024 |

Witness and Exhibit Lists

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | February 26, 2024 |
| Defendant's witness list, exhibit list and exhibits | February 26, 2024 |

Hearings

| | |
|---|---|
| Status Hearing | February 27, 2024 |

Additional pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

The Court shall set a trial date in the future.

**SO ORDERED.**

COLLEEN KOLLAR-KOTELLY
United States District Judge

2