Shawndale D. Chilcoat, Sui juris

3528 Bunker Hill Road, Celina, Ohio 45822

Shawnchil04@gmail.com



LEAVE TO FILE GRANTED[1]

Judge CKollar-Kotelly

8/31/23

# IN THE FEDERAL DISTRICT COURT FOR WASHINGTON DC FOR THE UNITED STATES OF AMERICA

UNITED STATES OF AMERICA
    Petitioner,

    v

Shawndale D. Chilcoat

Donald E. Chilcoat
    Respondent's,

Case No 22cr299


**NOTICE OF SPECIAL**

**APPEARANCE**


TO: CLERK OF THE ABOVE DISTRICT COURT

    Comes now, the alleged Defendant SHAWNDALE D. CHILCOAT, in err, Shawndale D. Chilcoat, the living woman, creation of God, one of the people of the territory of Ohio, appearing specially, not generally.

Shawndale D. Chilcoat

5/11/2023 9:11 P.M

IN THE FEDERAL DISTRICT COURT FOR WASHINGTON DC FOR THE
UNITED STATES OF AMERICA

UNITED STATES OF AMERICA                    Case No 22cr299
    Petitioner,

v.

                                 **MOTION TO VACATE**

Shawndale D. Chilcoat

Donald E. Chilcoat

       Respondents,


Comes now, Shawndale D. Chilcoat, herein known as the Respondent, moves this court to vacate.


### Motion to vacate pursuant to

### F.C.R. 12 (b) (1),(2),(4),(6), Hobbs Act, and Administrative Procedures Act of 1946; 1st, 3rd, 4th, 5th, 8th, 13th and the 14th Amendments.

The court does not have jurisdiction over the various systems and platforms that are global in nature with their own covenants and bylaws; thus, the court has no power. A court does not have the power to order a "Remote Hearing" as per the Administrative Procedures Act of 1946.

The Respondent does not have the technical skills or legal resources to defend herself in a "Remote Hearing" platform. Due process requires a public and lawfully established jurisdiction for a hearing. A "Remote Hearing" does not comply with the 5th and 14th Amendments of the US Constitution, or the Ohio Constitution; plus, they by function breach the implied "Right to Privacy" and

5/11/2023 9:11 P.M

the 1st, 3rd, 4th, 5th, and the 14th "Liberty" Guarantee Amendments, the Hobbs Act, and the Administrative Procedures Act of 1946.

Teleconference hearings require the approval of both parties on a secure system, Microsoft is not a secure system and can be hacked.  Since Microsoft is not secure and transcripts can be changed by a third party, Teleconference hearings are a violation of the Administrative Procedures Act of 1946 and the Respondents do not consent.

The Respondent has questioned the court proceedings from the very beginning and has filed 2 written motions to dismiss, sent via USPS on 12-14-2022 and 12-20-2022; 3 amendments, and 4 electronic motions to dismiss regarding jurisdiction and Constitutional Rights.   On 1/10/2023 and 1/11/2023, the Respondent electronically sent 1 motion for a judgment default due to the response to the motions to dismiss not being timely. The Respondent questioned the court about receiving an "invitation to appear" on 9/26/2022, sent via email and did not receive a response from the court nor from attorneys as to whether the invitation was an order or not.   The Northern District of Ohio made appearing in court with D.C. District Court a stipulation for release, the Respondent has been led to believe that if she did not appear or does not continue to appear in court via Zoom with Washington D.C. district court she will be arrested.  If this is not the case and I am not under the threat of arrest, I do not consent to proceedings with Washington D.C. District Court.   The Respondent has stated the words, during court "I do not consent to any of this (proceedings)" and she has also written "I do not consent" within motions to dismiss, as well as stating within motions to dismiss that "I claim and retain all of my Constitutional Rights".   The Respondent does not claim to have a State National Status, the respondent is a living woman whom is an American that claims and retains all of her Constitutional Rights.

The Supreme Court has ruled and has reaffirmed the principle that "justice must satisfy the appearance of justice", *Levine vs. United States, 362 U.S. 610, 80 S. Ct. 1038 (1960).*

5/11/2023 9:11 P.M

The Supreme Court has warned: "Because of what appear to be lawful commands on the surface, many citizens, because of their respect for what appears to be law, are cunningly coerced into waiving their rights, due to ignorance." *U.S. v.s Minker, 350 U.S. 179, 187.*

The Respondent does not believe she has been ignorant and believes she may be appearing only by way of manufactured consent because the court nor the attorneys assigned to the case will provide an answer.  So, she continues to appear via zoom only because of the threat of being thrown back in jail.

The Respondent had also requested the assigned attorney to call her before the last court appearance via zoom, on 2/2/2023, and did not receive this call until 2 minutes before the zoom appearance. The Respondent explained to the attorney that the order to appear read as if she (the Respondent) was requesting the hearing and she wanted to make sure this was not the case, because clearly from previous filings she did not believe the court had jurisdiction and was not requesting the hearing.  The attorney brushed off her question and stated, "we need to get signed in for the court appearance".  To be clear, I do not consent to any of the proceedings in this case, nor have I ever requested a hearing.

The charges are unconstitutional and extremely vague.  The Respondents did not do anything as the 18 USC 1512 charge defines in its definitions and the picketing and parading charges violate the 1st Amendment as well.  There is not any criminal intent, the Respondents thought they were doing what they were supposed to do since they were told by the President of the United states that the election was stolen (along with much evidence to prove foreign interference, including the laptop) and during his speech, he requested that everyone go to the capitol and then the Respondents were waved in and let into the building by someone from the inside.  There was not any way for the Respondents to know what door they were walking into when they walked into the chamber they have not ever been to the

5/11/2023 9:11 P.M

Capitol until that day.  The Respondents are not charged with any violence or monetary loss, there is no criminal intent.

The Respondents are not receiving legal advice nor are they receiving legal services.  The Respondents have requested the assigned attorneys to file several motions to dismiss and not one has been filed from any attorney assigned to this case.   The Respondent does not believe the assigned attorneys have any intention of filing any motions to dismiss and are only waiting for a plea offer.  The Respondents are aware that If the Respondents attorneys never file a motion to dismiss based on the grounds of unconstitutional application or vagueness of the charges it is doubtful a plea will get overturned without a judicial ruling that all pleas to the charge are null and void, the respondent has explained this to the assigned attorneys as well.

The Respondent has also explained to the assigned attorney that there are possible Presidential pardons and that she would like for him to look into her possibly being pardoned, this also was disregarded.  The Respondent has read the attorney the following FOIA request that an investigative journalist and several others have requested:

"Please provide any and all records relating to any Presidential pardons and clemency related actions signed by the 45th President of the United states, Donald J trump on or before January 20, 2021, regardless of whether such documents were ever published or otherwise made available to the public. Upon publicized information and belief the FBI came into possession of such records on or about August 8, 2022 when it executed a search warrant of Marlago the residents of the 45th President of the United states located in the state of Florida, evidence has been leaked to an investigative journalist, Terpsehore Maras, confirming that certain Presidential pardons and or grants of clemency signed by the 45th President, may not have resulted in finalized grants of pardon or clemencies, however the documents signed by the 45th President that indicate his intent to grant each respective individual a pardon or

5/11/2023 9:11 P.M

clemency as a public record subject to FOIA.  Furthermore, precedent of the Supreme Court of the United states has established that actions such as pardons and grants of clemency are final and legitimate upon the President 's signature, therefore, the American people are entitled to view any such pardons and grants of clemency signed by the 45th President, regardless of whether additional action was taken after the President signed the document.  Pardons and grants of clemency are not classified and thus are subject to FOIA.

The subject of the request is of wide-spread and exceptional media interest and the information sought involves possible questions about the government's integrity which affect public confidence.  There is also reason to believe that one or more individuals whose pardons and or acts of clemency were signed by the 45th President of the United states, are suffering a deprivation of substantial due process rights and are even possibly in physical danger, therefore, expedition is appropriate."

There is a Supreme Court precedent in Madison vs. Marbury that clearly says that anything the President has signed is considered valid, anything he speaks into statement is valid.

The FBI responded to the FOIA's by not confirming or denying the requested documents existed and stating the files are exempt, "U.S.C. Section 552 (b)(7)(A), exempts from disclosure: records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information could be expected to interfere with enforcement proceedings. The records responsive to your request are law enforcement records; there is a pending or prospective law enforcement proceeding relevant to these response records, and release of the information could reasonably be expected to interfere with enforcement proceedings. As to the remainder of your request a confirmation by the FBI that it has or does not have responsive records would be tantamount to acknowledging the existence or non-existing of aspects have a pending investigation the FBI has not previously acknowledged 1) if the requested records exist, they would be relevant to the FBI 's ongoing

5/11/2023 9:11 P.M

investigation and  2) confirmation as to the existence or nonexistence of such records could reasonably be expected to interfere with the ongoing investigation. Therefore, the FBI neither confirms nor denies the existence of records."

The Respondent has not had any response from the assigned attorney and does not believe the attorney has or had any intention of filing any motions to dismiss or to inquire on the FOIA request. Among the many requests to the assigned attorneys to file motions to dismiss the Respondents have requested one of the assigned  attorneys to file a writ of habeas corpus due to the 1st,  8th and 13th amendment violations and requested of all of the assigned attorneys to file a motion, F.C.R. 12 b 6) failure to state a claim upon which relief can be granted, and the attorney responded "we will not be filing a motion for failure to state a claim as you requested.  This is a motion filed in civil cases, not in criminal cases.", the Respondent has researched and finds evidence to the contrary; a motion to dismiss exculpatory evidence due to Tucker Carlson exposing J6 tapes of the Capitol Police involvement with Jake Angeli and the Brady Rule.  All have been dismissed by the attorneys.

The Respondent respectfully requests the motion to vacate be granted.

5/11/2023 9:11 P.M

## CERTIFICATE OF SERVICE

I certify that on the _____ day of _____ 2023, a true and correct copy of the forgoing was served upon:

Clerk/DCD Intake                                    Delivered Certified Mail

United States District Court for the         and Electronically

District of Columbia

333 Constitutional Ave.

N.W. Washington DC 2002