Shawndale D. Chilcoat, Sui juris

3528 Bunker Hill Road, Celina, Ohio 45822

567-644-3313

Shawnchil04@gmail.com

Donald E. Chilcoat, Sui juris

3528 Bunker Hill Road, Celina, Ohio 45822

419-953-2242

Don2chilcoat@gmail.com

## IN THE FEDERAL DISTRICT COURT FOR WASHINGTON DC FOR THE UNITED STATES OF AMERICA

UNITED STATES OF AMERICA
    Petitioner,

v

Shawndale D. Chilcoat

Donald E. Chilcoat
    Respondent's,

Case No 22cr299

**NOTICE OF SPECIAL APPEARANCE**

TO: CLERK OF THE ABOVE DISTRICT COURT

Comes now, the alleged Defendant's SHAWNDALE D. CHILCOAT and DONALD E. CHILCOAT, in err, Shawndale D. Chilcoat and Donald E; Chilcoat, are the living woman and man, creations of God, two of the people of the territory of Ohio, appearing specially, not generally and objecting to the jurisdiction of this court.  We have not received one document from the clerk of court, Pursuant to Rule 45 (a) (1) (2), (b) (1) (2) (3), (c) and (d); we are requesting from the Clerk of Court, all Journal Entries of all the valid orders, filed in the above-named case, to be sent to our home, at 3528 Bunker Hill Rd., Celina, Ohio 45822, via United States Certified Mail and any future hearing dates ordered from the court to be sent by the Clerk of Court, via United States Certified Mail.  On December 9, 2022, jurisdiction was challenged in the above-named case.  The court had 21 days to prove jurisdiction in writing and on the record, as of August 26, 2023, we have not been provided this information from your office. The U.S.

1

justice and legal system requires courts to communicate with citizens via letters. Receiving a certified letter from a court official means that the court has communicated with you concerning whichever legal issue is relevant. Being that the above-named case is being performed outside of the lines of the State of Ohio. To provide peace of mind that *18 U.S.C., §1341, §1343, § 1346, § 1001* have not been violated, see *United States v. Lutwak, 195 F.2d 748 (7th Cir. 1948), aff'd, 344 U.S. 604 (1953); United States v. Shah, 44 F.3d 285 (5th Cir. 1995)United States v. DiFonzo, 603 F.2d 1260, 1264 (7th Cir. 1979) cert. denied 444 U.S. 1018 (1980); Bryson v. United States, 396 U.S. 64 (1969); United States v. Lange, 528 F.2d 1280, 1287-89 (5th Cir. 1976); United States v. West, 666 F.2d 16, 19 (2d Cir. 1981); Lange, 528 F.2d at 1288; United States v. Clearfield, 358 F. Supp. 564, 574 (E.D. Pa. 1973),* these documents will need to be certified through United States Mail, not Fed Ex, as previously provided by the court, and not via email. I have received from the court the following:

1. One denied, motion to dismiss for lack of jurisdiction, sent via Fed Ex from the judge in her name. The order does not have a signature nor the clerks stamp and date
2. Three letters in the form of printed emails, from the court via Fed Ex from the judge. These documents also do not have the judges signature nor a the clerks stamp and date.
3. One letter from a Bankruptcy Court, delivered via USPS.

"A court clerk is an administrative worker in the criminal and civil justice systems, providing support to judges, attorneys, and other officers of the court. They manage all secretarial duties including maintaining court records, distributing orders of the court, and preparing meeting agendas."

None of these documents provided by the court via Fed Ed have a signature, date or a stamp providing proof of filing with the clerk of Court. We have not received any documents from the clerk of court.

For the record my husband, Donald E. Chilcoat, and I do not consent to any agreements in the above-named case, We do not consent to any contact with the court that may be entrapping us by way of contacts, contact will only occur if there are valid lawful and legal orders to do so. We want to ensure this case is being performed by order and not our consent, because we do not consent. We do not consent to the protection order nor any other assumed or implied consent. We do not consent to being part of this case, we do not consent to the continuance of this case, we do not consent with this case proceeding to trial. The only involvement we have in this case is to have the case dismissed, we do not consent to agreements, contracts, litigation, or trials. Consent to Zoom hearings is only given due to the court stating it has claimed jurisdiction and the threat of being detained and confusion of how the above-named case continues to proceed, therefore, the court need not to assume that we are requesting any type of hearing. I stated in the motion to vacate that I am concerned that this is a case of manufactured consent.

To ensure the court is ordering our presents via court order and that the court has claimed jurisdiction, all Zoom hearing information must be provided via United States Certified Mail from the Clerk of court and not provided by an emailed link from the assigned counsel, as previously done. With all due respect to the court, we must ensure our rights are not being violated and everything is being done according to rules, procedures and the common law, it is our duty to prevent violations of our Constitutional rights, that we claim and assert.

3

If this documentation cannot be provided that jurisdiction was proven in writing and on the record on or before, January 10, 2023, all of our belongings need to be returned to us immediately.

_____  
Shawndale D. Chilcoat

_____  
Donald E. Chilcoat

_8-26-2023_____  
Date

_8-26-2023_____  
Date

## ACKNOWLEDGMENT

ACKNOWLEDGMENT CERTIFICATE State of Ohio, County of Mercer. The foregoing instrument was acknowledged before me on this _8-26-23_ (date) by _Shawndale Chilcoat_ _Donald Chilcoat_ (name of person acknowledging).

(Notary Seal)



KAREN LINDO  
Notary Public  
State of Ohio  
My Comm. Expires  
November 29, 2026

_____  
Signature of Notary Public – State of Ohio

My commission expires: _11-29-2026_ (date)

## CERTIFICATE OF SERVICE

I certify that on the ____ day of _____ 2023, a true and correct copy of the forgoing was served upon:

4

## CERTIFICATE OF SERVICE

I certify that on the ____ day of _____ 2023, a true and correct copy of the forgoing was served upon:

| | |
|---|---|
| Clerk/DCD Intake | Delivered Certified Mail |
| United States District Court for the | and Electronically to DCD |
| District of Columbia | |
| 333 Constitutional Ave. | |
| N.W. Washington DC 2002 | |