**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| UNITED STATES OF AMERICA |
| v. |
| SHAWNDALE CHILCOAT and DONALD CHILCOAT, |
| Defendants. |

Criminal Action No. 22-299 (CKK)

**ORDER**
(September 8, 2023)

At the status hearing on July 28, 2023, the Court ordered both Shawndale and Donald Chilcoat to appear for a status hearing via Zoom videoconference on September 5, 2023. *See* Minute Order, July 28, 2023. On August 31, 2023, the Court received a [70] Motion to Vacate filed by Shawndale Chilcoat *pro se*, in which she stated, among other arguments, that the Court does not have power to hold a remote hearing because "[t]he court does not have jurisdiction" and that she did not consent to a teleconference hearing because, at least in part, the platform "can be hacked." *See* ECF No. 70 at 2–3. On September 1, 2023, despite Shawndale Chilcoat's previous consent to appear via Zoom, and in light of her [70] Motion, the Court then converted the hearing from Zoom to in person in Courtroom 28A. *See* Minute Order, Sept. 1, 2023. The same day, the Court also denied Shawndale Chilcoat's [70] Motion to Vacate in the [72] Order, rejecting her sovereign citizen ideology and affirming the Court's jurisdiction over both Defendants.[1] *See* Order, ECF No. 72.

On Friday, September 1, 2023, the Court ordered that both orders referenced above—the

---

[1] The Court previously addressed and denied Shawndale Chilcoat's sovereign citizen theories and challenges to jurisdiction, among other issues, in an earlier opinion. *See* Mem. Op., ECF No. 44.

Minute Order instructing Defendants to appear in person, as well as the [72] Order denying Shawndale Chilcoat's [70] Motion to Vacate—be delivered to Defendants via FedEx priority overnight with Saturday delivery. Although Saturday delivery was requested, FedEx tracking information erroneously shows "deliver weekday." As a result, the package was picked up at 6:35 pm on September 1, but delivery was not attempted until 11:36 am on Tuesday, September 5.[2] The Court was informed that Defendants refused to sign for delivery. Delivery was again attempted the following day; FedEx tracking information indicates that Donald Chilcoat signed for delivery of the orders on September 6, 2023 at 12:33 pm.

At the status hearing on September 5, 2023 at 9:00 am, neither Defendants were present in Courtroom 28A, although their attorneys were. At the status hearing, attorneys for both Shawndale and Donald Chilcoat indicated that they were not able to connect with their clients about the change from Zoom to in person. And as was noted above, delivery was not attempted until after the 9:00 am status hearing. Accordingly, the Court checked the Zoom videoconference link, but Defendants were not present on Zoom either. Due to Defendants' failure to appear for the status hearing in either format, the Court indicated that it would be issuing a bench warrant for both Defendants but would hold them in abeyance for forty-eight hours. *See* Minute Order, Sept. 5, 2023. More than that time has passed, as the Court wanted to give Defendants ample opportunity to receive the orders via mail and to comply. The Court was also awaiting from Defendants' attorneys.

Later in the day on September 5, 2023, the Court ordered priority overnight delivery of the orders to Shawndale and Donald Chilcoat—separately, as two packages addressed to each of them—without signature required. FedEx tracking information indicates that both packages

---

[2] September 4 was a federal holiday.

were shipped on September 6 and delivered September 7 at 12:26 PM.

The Court also heard from a Pretrial Services Agency ("PSA") officer in D.C. that a PSA officer in Ohio had successfully contacted and spoken with Donald Chilcoat, who indicated that they were unwilling to appear before the Court. Counsels indicated late on September 7, 2023 that they had been unable to get in contact with their clients.

Defendants have refused to comply with various Court orders and insistently refused to acknowledge the Court's jurisdiction. Accordingly, due to Defendants' failure to appear at the status hearing on September 5, 2023, the Court has issued a bench warrant for Defendants Shawndale and Donald Chilcoat.

The Court also **ORDERS** Defendants to appear in person in Courtroom 28A on **OCTOBER 5, 2023** at 1:00 pm EST.

**SO ORDERED.**

*The Clerk of Court is instructed to send a copy of this Order overnight to Defendants' address of record.*

Dated: September 8, 2023

COLLEEN KOLLAR-KOTELLY
United States District Judge