RECEIVED BY CHAMBERS
9/20/2023

LEAVE TO FILE GRANTED
Judge C Kolla-Kotelly
9/20/2023

1

Shawndale D. Chilcoat, Sui juris

3528 Bunker Hill Road, Celina, Ohio 45822

567-644-3313

Shawnchil04@gmail.com

Donald E. Chilcoat, Sui juris

3528 Bunker Hill Road, Celina, Ohio 45822

419-953-2242

Don2chilcoat@gmail.com

# IN THE FEDERAL DISTRICT COURT FOR WASHINGTON DC FOR THE

# UNITED STATES OF AMERICA

UNITED STATES OF AMERICA

    Petitioner,

    v

Shawndale D. Chilcoat

Donald E. Chilcoat

    Respondent's,

Case No 22cr299

**NOTICE OF SPECIAL**

**APPEARANCE**

RECEIVED
Mail Room

SEP - 7 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

TO: CLERK OF THE ABOVE DISTRICT COURT

Comes now, the alleged Defendant's SHAWNDALE D. CHILCOAT and

DONALD E. CHILCOAT, in err, Shawndale D. Chilcoat and Donald E; Chilcoat, are the living

woman and man, creations of God, two of the people of the territory of Ohio, appearing

specially, not generally and objecting to the jurisdiction of this court.  We have not received one

document from the clerk of court, Pursuant to Rule 12 (b) (1)(2)(3)(4)(5); Rule 45 (a) (1) (2), (b)

(1) (2) (3), (c) and (d); Ohio CRP 4.1 (B) we are requesting from the Clerk of Court, all Journal

1

Entries of all the valid orders and motions filed in the above-named case, to be sent to our home, at 3528 Bunker Hill Rd., Celina, Ohio 45822, via United States Certified Mail and any future hearing dates ordered from the court to be sent by the Clerk of Court, via United States Certified Mail. For the record, I had requested United States Certified Mail in November of 2022, during the December 9, 2023, status hearing and on August 27, 2023, to the Clerk of Court via dcd intake. During a recorded phone call to DC pretrial Services on August 29, 2023, to send all communications via United States Certified Mail as well as the signed and filed with the Clerk of Court, stating that I, Shawndale D. Chilcoat is being supervised by DC Pretrial Services. Although I did not receive these documents, the following day on August 28, 2023, Pretrial Services in Ohio, contacted me to perform a home visit. I requested for the Pretrial Services Officer to have Pretrial Services in DC sent send me the lawful documents via United States Certified mail. On August 29, the Ohio Pretrial Services Probation Officer appeared at Donald E. Chilcoat's place of employment with documents, in hand, from DC Pretrial Services, but these documents did not have a Clerks Stamp for proof of filing and were not provided by United States Certified Mail. I am also requesting to have the Certificate of Service provided at the end of the document, returned to me via United States Certified Mail. I have not ever received one Certificate of Service back from this court, although I have provided one with each document I have provided to this court. These documents are coming from outside of Ohio State lines and Ohio has Process of Service Rules.


Shawndale D. Chilcoat                                     Donald E. Chilcoat

3

_____          _____

Date                                      Date


# IN THE FEDERAL DISTRICT COURT FOR WASHINGTON DC FOR THE

# UNITED STATES OF AMERICA


UNITED STATES OF AMERICA              Case No 22cr299

     Petitioner,

     v.

Shawndale D. Chilcoat                  **NOTICE OF NONCONSENT**

Donald E. Chilcoat                     **TO ATTORNEYS/COUNSELS**

     Respondents,


     This notice is to inform the court of non-consent of Attorneys/Counsels, proceedings, hearings, adjudication, agreements, litigation, protection orders, pretrial services, and/or any or all unlawful and or illegal contact or involvement in the above-named case.  The Respondents withdraw any and all implied, assumed or by acquiescence and have only been involved in any way to the above-named case by force, threat, duress, coercion, trickery and deceit.

On August 23, 2023, Micheal Lawlor and Nicholas Madiou were fired, for not doing their jobs, not upholding their oaths, violating BAR rules, and for usurping, my, Shawndale Chilcoat's, decision to involve the media in the above-named case, violating my 1st, 5th, and 6th Amendment rights.  I, Shawndale Chilcoat, fired Micheal Lawlor and Nicholas Madiou, via audio text, on August 23, 2023,  both assigned Attorneys/Counsel were part of the audio text, and this was made clear, but just to be sure they understood, I sent a email to Nicholas Madiou, on August 27, 2023, stating the following:

"Subject line- To be clear.

Email Body- You and Micheal Lawlor do not represent me, I do not consent to any contact or solicitation from either of you, this includes but not limited to phone calls, text, or emails.  Any lawful contact from the court, will come through the United States Mail certified from the Clerk of Court."

Any further contact/solicitation will be harassment and will result in BAR Complaints and further action.

Maria Jacobs was fired on August 27, 2023, a signed letter via text that stated the following:

"I looked at page 13 of the decision the judge sent, via FedEx, and the one you sent by e-mail and the judge did not sign it on page 13 or anywhere.  Also, you say the order that keeps me on monitoring is by Magistrate Clay in Toledo OH, but I have a letter from Magistrate Clay saying he doesn't have jurisdiction. Plus, Magistrate Clay having me on monitoring, but judge Kollar-Kotelly is the judge making the decisions to keep me on it, doesn't make sense.  I do not trust you, therefore, you are no longer my counsel. I do not consent to your counsel, i do not consent

to you representing me or making any motions for me.  I do not consent to this case, I do not

consent to agreements, I do not consent to litigation, and I do not consent to trials regarding this

case.  I do not consent to any contact or solicitation from you.  This includes, but is not limited to

phone calls, texts, and/or emails. Any lawful contact from the court, will come through the

United States Certified Mail, from the clerk of court.

Donald E Chilcoat"

Maria was fired for not doing her job, not upholding her oath, violating BAR rules, and for

usurping Donald Chilcoat's decision to involve the media in the above-named case violating his

1st, 5th, and 6th Amendment rights.  Maria Jacobs lied to Donald E. Chilcoat several times.  The

following are some of Maria Jacobs lies and unethical behaviors.

1.  Maria Jacobs told Donald Chilcoat there was a Protection Order on the case, for nearly a
    year, this Protection Order does not exist.

2.  Maria Jacobs, on July 28, 2023, during a recorded phone call, told Donald Chilcoat he
    could not withdraw consent to this pretended Protection Order, that she supposedly
    signed for him but did not review with him, because "the judge already signed it".

3.  Maria Jacobs, on July 28, 2023, told Donald Chilcoat, on a recorded phone call, that she
    did review the Protection Order with him, when she did not.

4.  Maria Jacobs, on July 28, 2023, when Donald Chilcoat, asked Maria Jacobs on a recorded
    phone call, if she ever got the video tapes that his work had proving the FBI forced his
    thumb onto his phone to open it while his hands were cuffed, Maria Jacobs stated she did
    subpoena the videos, "but they said they don't have them anymore because its been so
    long, um they usually only keep videos like 15 days or 20 days", Donald Chilcoat replied
    "well they had them when you contacted them" and then Maria Jacobs stated "they did

respond at first that they had them and then they were mistaken, I can show you the emails, unfortunately they were mistaken and they responded back saying "we're sorry we don't have them"". Ms. Jacobs stated she can show Donald Chilcoat the emails but did not provide them.

5. Maria Jacobs stated to Donald Chilcoat the warrant allowed the FBI to force his thumb onto his phone to open it.

6. Maria Jacobs, on December 8, 2022, told Donald Chilcoat, on a recorded phone call, that the Protection Order was not a contract.

7. Maria Jacobs, on December 8, 2022, told Donald Chilcoat, on a recorded phone call he could not share any discovery with his wife because that would violate the Protection Order, that did not exist.

8. Maria Jacobs after sending Donald Chilcoat, a copy of the judge's decision, for the motion to dismiss for lack of jurisdiction, stated to Donald Chilcoat, over recorded phone call, that the judge did sign the decision, stating "yeah its right there on page 13" when it is clearly not on page 13 or anywhere on the denial to dismiss, document provided on skan disc.

9. Ms. Jacobs stated that the denial to dismiss for lack of jurisdiction was proof of jurisdiction and that it was filed with the Clerk of Court. Ms. Jacobs stated that the blue printed words at the top of the page was an "indication" that the document has been filed with the clerk of court, even though it is not signed by the judge.

10. Maria Jacobs provided Donald Chilcoat, via email, three motions to remove the monitor from his ankle, that has been there for over a year, that she states she has provided to Judge Kollar-Kotelly. Maria Jacobs has not signed one of these 3 motions.

11. Maria Jacobs refused to file a writ of habeas corpus and stated, "it's not done that way" and also refused to file a motion to dismiss for failure to state a remedy for relief.

Any further contact from these attorneys/counsels, Maria Jacobs, Micheal Lawlor, or Nicholas Madiou, whom were assigned by the above-named court will be considered threatening harassment. The State of Ohio does not allow solicitation of this kind to come from outside of the Ohio State Lines. This motion will be provided to dcd intake via email and United States Certified Mail.  The United States Certified Mailed document will come notarized with a skan disc that includes all calls and communication mentioned in this document.

## ACKNOWLEDGMENT

STATE OF OHIO      )

: ss.

County of MERCER   )

LYDIA MORGAN MILLER
Notary Public
State of Ohio
My Comm. Expires
August 1, 2027

On the 5th day of September, 2023, before me, the undersigned Notary Public, personally appeared Donald : Shawndale Chicoat known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that s/he executed the same.

IN WITNESS WHEREOF, I have set my hand and seal the day and year as above written.

Notary Public for Ohio

Residing at   Mercer County, OHIO

Commission Expires:   9-1-202~~7~~

Shawndale D. Chilcoat                    Donald E. Chilcoat

## CERTIFICATE OF SERVICE

I certify that on the _____ day of _____ 2023, a true and correct copy of the forgoing was served upon:

Clerk/DCD Intake                         Delivered Certified Mail

United States District Court for the     and Electronically

District of Columbia

333 Constitutional Ave.

N.W. Washington DC 2002

Shawndale D. Chilcoat, Sui juris

3528 Bunker Hill Road, Celina, Ohio 45822

567-644-3313

Shawnchil04@gmail.com

Donald E. Chilcoat, Sui juris

3528 Bunker Hill Road, Celina, Ohio 45822

419-953-2242

Don2chilcoat@gmail.com

# IN THE FEDERAL DISTRICT COURT FOR WASHINGTON DC FOR THE

## UNITED STATES OF AMERICA

UNITED STATES OF AMERICA

    Petitioner,

    v

Shawndale D. Chilcoat

Donald E. Chilcoat

    Respondent's,

Case No 22cr299

**NOTICE OF SPECIAL**

**APPEARANCE**

RECEIVED
Mail Room

SEP - 7 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

TO: CLERK OF THE ABOVE DISTRICT COURT

        Comes now, the alleged Defendant's SHAWNDALE D. CHILCOAT and

DONALD E. CHILCOAT, in err, Shawndale D. Chilcoat and Donald E; Chilcoat, are the living

woman and man, creations of God, two of the people of the territory of Ohio, appearing

specially, not generally and objecting to the jurisdiction of this court.  We have not received one

document from the clerk of court, Pursuant to Rule 12 (b) (1)(2)(3)(4)(5); Rule 45 (a) (1) (2), (b)

(1) (2) (3), (c) and (d); Ohio CRP 4.1 (B) we are requesting from the Clerk of Court, all Journal

Entries of all the valid orders and motions filed in the above-named case, to be sent to our home,

at 3528 Bunker Hill Rd., Celina, Ohio 45822, via United States Certified Mail and any future

hearing dates ordered from the court to be sent by the Clerk of Court, via United States Certified

Mail.  For the record, I had requested United States Certified Mail in November of 2022, during

the December 9, 2023, status hearing and on August 27, 2023, to the Clerk of Court via dcd

intake. During a recorded phone call to DC pretrial Services on August 29, 2023, to send all

communications via United States Certified Mail as well as the signed and filed with the Clerk of

Court, stating that I, Shawndale D. Chilcoat is being supervised by DC Pretrial Services.

Although I did not receive these documents, the following day on August 28, 2023, Pretrial

Services in Ohio, contacted me to perform a home visit.  I requested for the Pretrial Services

Officer to have Pretrial Services in DC sent send me the lawful documents via United States

Certified mail.  On August 29, the Ohio Pretrial Services Probation Officer appeared at Donald

E. Chilcoat's place of employment with documents, in hand, from DC Pretrial Services, but these

documents did not have a Clerks Stamp for proof of filing and were not provided by United

States Certified Mail. I am also requesting to have the Certificate of Service provided at the end

of the document, returned to me via United States Certified Mail.  I have not ever received one

Certificate of Service back from this court, although I have provided one with each document I

have provided to this court.  If this is not possible, please explain why.  These documents are

coming from outside of Ohio State lines and Ohio has Process of Service Rules.

Shawndale D. Chilcoat

Donald E. Chilcoat

9-4-2023                              9-4-2023
_____             _____
Date                                 Date


# IN THE FEDERAL DISTRICT COURT FOR WASHINGTON DC FOR THE

# UNITED STATES OF AMERICA


UNITED STATES OF AMERICA                    Case No 22cr299

     Petitioner,

     v.

Shawndale D. Chilcoat                        **NOTICE AMENDED**

Donald E. Chilcoat

     Respondents,


     This notice is to inform the court that on September 4, 2023, Shawndale D. Chilcoat,

received a phone call and was informed that her Mother, Delora D. Hall, whom is at Lima

Memorial Hospital, 1003 Bellefontaine Ave., Lima Ohio, 45804, 419-228-3335, Floor 2, Room

2008, organs are shutting down and she will probably not survive the night, therefore, the

September 5, 2023, will not be able to be attended by Shawndale D. Chilcoat and Donald E.

Chilcoat.  If Shawndale D. Chilcoat's mother does survive the night she will be coming home

with her with hospice care.   This notice will be sent to DCD intake via email and United States

Certified Mail, notarized.

I, Shawndale D. Chilcoat, also have an order from the Mercer County Clerk of Court to appear at

a hearing on September 5, 2023, at 1:00 p.m. in regard to me taking emergency custody on,

August 30, 2023, of my twin nephews, that my Mother has raised since birth.  This order from

the court has the clerk's stamp and is signed by the Deputy Clerk, Kristi Burch as well as signed

by Judge Matthew L. Gilmore. Shawndale and Donald Chilcoat are married and are One, of

course he will need to be there for me (his wife of 30 years) while I am handling these emotional,

trying times.

**ACKNOWLEDGMENT**

STATE OF OHIO        )

: ss.

County of MERCER   )

LYDIA MORGAN MILLER
Notary Public
State of Ohio
My Comm. Expires
August 1, 2027

On the 5th day of _September_, 2023, before me, the undersigned

Notary Public, personally appeared Donald & Shawndale Chilcoat known

to me to be the person whose name is subscribed to the foregoing instrument, and

acknowledged to me that s/he executed the same.

IN WITNESS WHEREOF, I have set my hand and seal the day and year

as above written.

Notary Public for Ohio

Residing at _Mercer County. OHIO_

Commission Expires: 8-1-2027

Shawndale D. Chilcoat                    Donald E. Chilcoat

## CERTIFICATE OF SERVICE

I certify that on the ____ day of _____ 2023, a true and correct copy of the forgoing was served upon:

Clerk/DCD Intake

United States District Court for the

District of Columbia

333 Constitutional Ave.

N.W. Washington DC 20002

Delivered Certified Mail and

Electronically