UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SHAWNDALE CHILCOAT<br>and DONALD CHILCOAT,<br><br>Defendants. | Criminal No.  22-cr-299 (CKK) |

### NOTICE REGARDING EXECUTION OF BENCH WARRANTS

The United States, through undersigned counsel, provides this notice regarding the bench warrants issued on September 8, 2023. ECF No. 73.

On October 11, 2023, the FBI apprehended defendants Shawndale Chilcoat and Donald Chilcoat. The defendants appeared before the United States District Court for the Northern District of Ohio, Magistrate Judge Darrell A. Clay on October 12, 2023.

At Shawndale Chilcoat's hearing, she appeared pro se but was appointed by stand-by counsel. Shawndale Chilcoat refused to acknowledge identity. *See* 3:23-mj-05424-DAC, Minute Order (10/12/2023). At the hearing, an officer testified, and the Court found that the defendant is Shawndale Chilcoat. *Id.* The government moved for detention. The Magistrate Judge ordered the United States Marshals Service (USMS) to transport the defendant to Washington, D.C. *See* Attachment 1.

At Donald Chilcoat's hearing, he appeared pro se but was appointed by stand-by counsel. Donald Chilcoat denied identity. *See* 3:23-mj-05423-DAC, Minute Order (10/12/2023). At the hearing, an officer testified, and the Court found that the defendant is Donald Chilcoat. *Id.* The government moved for detention and the defendant requested a detention hearing in Washington, D.C. *Id.* The Magistrate Judge ordered the USMS to transport the defendant to Washington, D.C. *See* Attachment 2.

Following these proceedings, undersigned counsel consulted with the USMS. The USMS indicated that, pursuant to the Court's order, it will facilitate the transfer of the defendants to Washington, D.C., and

inform undersigned counsel and the Court when the defendants arrive in Washington, D.C.

                                          Respectfully Submitted,

                                          MATTHEW M. GRAVES
                                          United States Attorney
                                          D.C. Bar No. 481052

                                               /s/
                                          ASHLEY AKERS
                                          Trial Attorney (Detailed)
                                          MO Bar No. 69601
                                          Ashley.akers@usdoj.gov
                                          (202) 353-0521