# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| **v.** | * | **Case No. 22-cr-00299-CKK** |
| | * | |
| **SHAWNDALE CHILCOAT** | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR RELEASE FROM CUSTODY
## AND REQUEST FOR IMMEDIATE HEARING

The Defendant, Ms. Shawndale Chilcoat, by and through her attorney, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., respectfully asks this Honorable Court to release Ms. Chilcoat on the same conditions of release that she was under prior to her arrest on October 11, 2023 pursuant to this Court's bench warrant. In support of this Motion, counsel states the following:

1.      On August 11, 2022, Ms. Chilcoat was arrested in Ohio on a criminal complaint charging her with crimes stemming from the storming of the U.S. Capitol on January 6, 2021.

2.      On August 18, 2022, Ms. Chilcoat was released on pretrial conditions, and supervised by the Pretrial Services Agency for the Northern District of Ohio.

3.      On September 9, 2022, Ms. Chilcoat was charged by Indictment along with her husband, Mr. Donald Chilcoat with (1) obstruction of an official proceeding, in violation of 18 U.S.C. § 1512(c)(2) ("Count One"); (2) remaining in

1

a restricted building or grounds, in violation of 18 U.S.C. § 1752 (a)(1) ("Count Two"); (3) disruptive conduct in a restricted building or grounds, in violation of 18 U.S.C. § 1752 (a)(2) ("Count Three"); (4) entering and remaining on the floor of Congress, in violation of 40 U.S.C. § 5104(e)(2)(A) ("Count Four"); (5) disorderly conduct on capitol grounds,  40 U.S.C. § 5104(e)(2)(D) ("Count Five"); and (6) parading, demonstrating, or picketing in any of the Capitol Buildings, in violation of 40 U.S.C. § 5104(e)(2)(G) ("Count Six").

4.      On September 5, 2023, Ms. Chilcoat failed to appear for a status hearing before this Honorable Court.

5.      On September 8, 2023, the Court issued a bench warrant for Ms. Chilcoat for her failure to appear as directed by the Court.

6.      On October 11, 2023, Ms. Chilcoat was arrested at her home in Ohio. She continued to work and remained living at her residence. She did not flee or otherwise attempt to evade law enforcement.

7.      Ms. Chilcoat has now been incarcerated for more than 60 days, having been transported to and from multiple detention centers. Ms. Chilcoat is now detained at the Central Treatment Facility in Washington D.C.

8.      During the time in which Ms. Chilcoat failed to appear before this Honorable Court, her and her family were experiencing personal hardships,

including an unexpected death in the family and caring for her husband's elderly mother.

9.      If released on pre-trial conditions, Ms. Chilcoat will abide by all restrictions this Court imposes, and will appear at all future court appearances. In addition, Ms. Chilcoat will resume her previous employment.

10.     Prior to Ms. Chilcoat's failure to appear on September 5, 2023, Ms. Chilcoat remained fully compliant with this Court's conditions of release. Her confinement since October 11, 2023 has been extremely difficult and a shocking eye-opener.  If afforded the opportunity to be released from custody she will abide by this Court's orders.

11.     Ms. Chilcoat respectfully requests a hearing on the instant motion.

Respectfully submitted,

/s/

_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
(301) 474-0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that on this day, December 18, 2023, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Columbia.


/s/
_____
Michael E. Lawlor