# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| v. | * | Case No. 22-cr-00299-CKK |
| | * | |
| **SHAWNDALE CHILCOAT** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STATUS REPORT

The Defendant, Ms. Shawndale Chilcoat, by and through her attorney, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., respectfully files this Status Report. In support thereof, undersigned counsel states the following:

1. Pursuant to this Honorable Court's Minute Order dated December 5, 2023, the parties were directed to file a Status Report by December 20, 2023 addressing Ms. Chilcoat's communication and cooperation with defense counsel. A status hearing is currently scheduled before the Court on January 4, 2024.

2. Undersigned counsel has met with Ms. Chilcoat and can inform the Court that Ms. Chilcoat and the undersigned counsel are effectively communicating and cooperating in advance of Ms. Chilcoat's defense in this case.

3. Ms. Chilcoat intends to proceed with the assistance of undersigned counsel moving forward in this matter.

4. WHEREFORE, Ms. Chilcoat respectfully submits this Status Report in advance of the January 4, 2024 status hearing in this case.

Respectfully submitted,

/s/
_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
(301) 474-0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2023, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Columbia.

/s/
_____
Michael E. Lawlor