## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAWNDALE CHILCOAT and<br>DONALD CHILCOAT,<br><br>Defendants. | Criminal Action No. 22-299 (CKK) |

### ORDER
(January 12, 2024)

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that

Defendant Donald Chilcoat's [81] Motion for Release from Custody is **GRANTED**; and it is **ORDERED** that Defendant Donald Chilcoat shall be released from detention following the status hearing on January 18, 2024 at 9:00 am EST, subject to the conditions of release set forth in a forthcoming order.  It is further **ORDERED** that

Defendant Shawndale Chilcoat's [83] Motion for Release from Custody is **GRANTED**; and it is **ORDERED** that Defendant Shawndale Chilcoat shall be released from detention following the status hearing on January 18, 2024 at 9:00 am EST, subject to the conditions of release set forth in a forthcoming order.

**SO ORDERED.**

Date: January 12, 2024

*/s/ Colleen Kollar-Kotelly*
**COLLEEN KOLLAR-KOTELLY**
United States District Judge