# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAWNDALE CHILCOAT and<br>DONALD CHILCOAT,<br><br>Defendants. | Criminal Action No. 22-299 (CKK) |

## ORDER
(January 18, 2024)

The Court **ORDERS** that Defendants Shawndale Chilcoat and Donald Chilcoat shall be released from the courthouse on January 18, 2024, following the [95] Order granting their Motions for Release, to their family with supervision by Pretrial Services Agency.

**SO ORDERED**.

Date: January 18, 2024

*/s/ Colleen Kollar-Kotelly*
**COLLEEN KOLLAR-KOTELLY**
United States District Judge