UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

DONALD CHILCOAT,

Defendants.

Criminal No. 22-cr-299 (CKK)

## PRETRIAL SCHEDULING ORDER

| | |
|---|---|
| Discovery & Associated Deadlines | March 28, 2024 |
| Government to complete any final discovery under present indictment | |
| | |
| Aspirational date for grand jury decision re: superseding indictment | N/A |
| Government to complete discovery under any superseding indictment | N/A |
| Discovery motions (Fed. R. Crim. P. 16) | April 5, 2024 |
| | |
| Expert Notices & Other Crimes Evidence | |
| Government's expert notice (FRE 701 & 702) | April 5, 2024 |
| Defendant's expert notice (FRE 701 & 702) | April 5, 2024 |
| Government's FRE 404(b) notice | April 5, 2024 |
| Defendant's response to FRE 404(b) notice | April 12, 2024 |
| *Brady* notice | April 12, 2024 |
| | |
| Experts | |
| Expert reports (FRE 702) | April 19, 2024 |
| Lay witness identification and subject matter (FRE 701) | May 10, 2024 |
| | |
| Non-Evidentiary Pretrial Motions | |
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | April 4, 2024 |
| Government's response to Defendant's non-evidentiary motions | April 18, 2024 |
| Defendant's reply as to non-evidentiary motions | April 25, 2024 |

1

| | |
|---|---|
| Government's non-evidentiary pretrial motions | April 4, 2024 |
| Defendant's response to Government's non-evidentiary motions | April 18, 2024 |
| Government's reply as to non-evidentiary motions | April 25, 2024 |

Evidentiary     Pretrial     Motions

| | |
|---|---|
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | May 10, 2024 |
| Government's response to Defendant's evidentiary motions | May 24, 2024 |
| Defendant's reply as to evidentiary motions | May 31, 2024 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | May 10, 2024 |
| Defendant's response to Government's evidentiary motions | May 24, 2024 |
| Government's reply as to evidentiary motions | May 31, 2024 |

Motions in Limine

| | |
|---|---|
| Motions *in limine* by both sides | May 10, 2024 |
| Responses to motions *in limine* | May 24, 2024 |
| Replies as to motions *in limine* | May 31, 2024 |
| Joint notice of stipulations | June 28, 2024 |
| *Giglio*, *Jencks*, and Rule 26.2 material | June 28, 2024 |
| *Voir Dire* and Jury Instructions | June 14, 2024 |

Witness and Exhibit Lists

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | June 18, 2024 |
| Defendant's witness list, exhibit list and exhibits | June 18, 2024 |

Hearings

| | |
|---|---|
| Status hearings | May 9, 2024 at 10:00 am EST |
| | June 7, 2024 at 4:30 pm EST |
| Pretrial conference | June 21, 2024 at 2:00 pm EST |

Additional pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

Trial is set for July 15, 2024.

SO ORDERED.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge