# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22–299-CKK |
| | : | |
| SHAWNDALE CHILCOAT | : | |
| | : | |
| Defendant | : | |

## MOTION TO JOIN, ADOPT, AND CONFORM MOTION FILED BY CO-DEFENDANT

The Defendant, Shawndale Chilcoat, by and through her counsel, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., respectfully moves this Court to allow her to join, adopt, and conform certain pretrial motions filed on behalf of her co-defendant Mr. Donald Chilcoat. In support of this motion, counsel states as follows:

1. Ms. Chilcoat seeks to join, adopt and conform the following pretrial motions filed on behalf of her co-defendant, Mr. Donald Chilcoat:

    a. ECF Dkt. No. 113 (MOTION to Dismiss Count One of Superseding Indictment by DONALD CHILCOAT);

    b. ECF Dkt. No. 114 (MOTION to Dismiss Counts Two and Three of Superseding Indictment by DONALD CHILCOAT);

    c. ECF Dkt. No. 115 (MOTION to Dismiss Count Six of Superseding Indictment by DONALD CHILCOAT); and

    d. ECF Dkt. No. 116 (MOTION to Change Venue by DONALD CHILCOAT).

2.    The motions listed above assert grounds for relief that Ms. Chilcoat has standing to raise, are not inconsistent with relief she would seek in her own motions, and the arguments presented by the co-defendant in his objections and motions are equally applicable to Ms. Chilcoat.

3.    The granting of this motion will save judicial resources.

4.    Wherefore, Ms. Chilcoat respectfully moves this Honorable Court to allow her to join, adopt and conform ECF Dkt. Nos. 113; 114; 115; and 116 filed on behalf of her co-defendant Mr. Donald Chilcoat.

Respectfully submitted,

s/_____
Michael E. Lawlor
Nicholas G. Madiou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane
Suite 700
Greenbelt, Maryland  20770
301-474-0044

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 4, 2024, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

s/_____
Michael E. Lawlor