# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 22–299-CKK** |
| | : | |
| **SHAWNDALE CHILCOAT** | : | |
| | : | |
| **Defendant** | : | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF THE COURT

**UPON** consideration of Defendant's Motion to Join, Adopt, and Conform Motion filed by Co-Defendant, it is on this _____ day of _____, 2024 hereby:

**ORDERED,** that the motion is **GRANTED**, and it is further,

**ORDERED,** that the defendant, Shawndale Chilcoat, is permitted to join, adopt, and conform ECF Dkt. Nos. 113; 114; 115; and 116 filed on behalf of her co-defendant Mr. Donald Chilcoat

_____
Judge, United States District Court