**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**<br><br>v.<br><br>**SHAWDALE CHILCOAT**<br><br>*Defendant*. | Case No. 22-cr-0299-CKK |

## NOTICE OF APPEARANCE

Please Take Notice that the above-named Defendant, Shawnale Chilcoat, has retained The McBride Law Firm, PLLC, to represent her in the above-captioned matter and respectfully demands that all papers in this action be served upon the undersigned at the following post office address: The McBride Law Firm, PLLC, P.O. Box 160296, Brooklyn, NY 11216, and/or by email at jmcbride@mcbridelawnyc.com.

Dated: Brooklyn, New York
      April 15, 2024

Respectfully Submitted,

/s/ Joseph D. McBride, Esq.
99 Park Avenue
8th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com