**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**      *

**vs.**      * **Case No.: 22-cr-0299 CKK**

**SHAWNDALE CHILCOAT**      *

**Defendant**      *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>MOTION TO WITHDRAW AS COUNSEL</u>**

COMES NOW, the Defendant, Shawndale Chilcoat, by and through counsel, Michael E. Lawlor, Esq., and Nicholas G. Madiou, Esq., and Brennan, McKenna & Lawlor, Chtd., and hereby respectfully files this Motion to withdraw as counsel for Ms. Chilcoat. In support of this Motion, counsel states the following.

1. Undersigned counsel was appointed to represent Ms. Chilcoat and entered their appearance into this matter on November 21, 2022.

2. Undersigned counsel request to withdraw their appearance because new counsel Joseph D. McBride, Esq. has been retained and entered his appearance as counsel for the defendant. Mr. McBride noted his appearance on behalf of Ms. Chilcoat on April 15, 2024, *see* ECF docket number 127.

3. For this reason, undersigned counsel respectfully asks this Court

1

to permit undersigned counsel to withdraw from the representation of Ms. Chilcoat.

WHEREFORE, for the reasons stated, undersigned counsel respectfully asks this Honorable Court to grant this Motion, and strike the appearance of Michael E. Lawlor, Esq. and Nicholas G. Madiou, Esq. as counsel for Ms. Chilcoat.

Respectfully submitted,

/s/
_____
Michael E. Lawlor, Esq.
Nicholas G. Madiou, Esq.
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net
nmadiou@brennanmckenna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 16, 2024, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Michael E. Lawlor, Esq.