UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAWNDALE CHILCOAT and<br>DONALD CHILCOAT,<br><br>Defendants. | Criminal Action No. 22-299 (CKK) |

### ORDER
(May 1, 2024)

For the reasons set forth in the accompanying Memorandum Opinion, the Court **ORDERS** that the [129] Motion to Withdraw by Attorneys Lawlor and Madiou is **GRANTED** and the [130] Motion to Withdraw by Attorneys Jacob and Mullin is also **GRANTED**. Attorney McBride shall jointly represent both Defendants Shawndale and Donald Chilcoat.

The Court **ORDERS** the parties to appear for a status conference on **MAY 9, 2024 at 10:30 am EST** via Zoom videoconference. The Court shall, in a separate order, issue a template for a proposed pretrial scheduling order. In this new template, the Court has deleted all future dates; counsels should confer and offer proposed dates. The Court has retained dates that have passed and, as explained in a key in a footnote, indicated which filings/motions the Court did receive, and which it did not; counsels should confer and indicate if there are any passed deadlines that they want to extend, including, for example, any motions based on the Superseding Indictment. The Court **ORDERS** the parties to confer and submit a new proposed pretrial scheduling order by **MAY 8, 2024 at 3:00 pm EST**. The Court also ORDERS Defense counsel to file a notice by **MAY 8, 2024 at 3:00 pm EST** indicating if he is withdrawing any motions.

The Court also **ORDERS** Defense counsel to file on the docket by **MAY 6, 2024** the

1

waiver previously signed by Shawndale and Donald Chilcoat.

The Court **CONTINUES** the trial date from July 15, 2024 until **OCTOBER 4, 2024**. The Court **ORDERS** the parties to appear for a pretrial conference on **SEPTEMBER 26, 2024 at 10:00 am EST** in Courtroom 28A.

**SO ORDERED**.

Date: May 1, 2024

_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge