UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SHAWNDALE CHILCOAT and<br>DONALD CHILCOAT,<br><br>Defendants. | Criminal No.  22-cr-299 (CKK) |

## TEMPLATE FOR PROPOSED PRETRIAL SCHEDULING ORDER

<u>Discovery & Associated Deadlines</u>

| | |
|---|---|
| Government to complete any final discovery under present indictment | March 28, 2024 |
| Aspirational date for grand jury decision re: superseding indictment | N/A |
| Government to complete discovery under any superseding indictment | N/A |
| Discovery motions (Fed. R. Crim. P. 16) | April 5, 2024 * |

<u>Expert Notices & Other Crimes Evidence</u>

| | |
|---|---|
| Government's expert notice (FRE 701 & 702) | April 5, 2024 * |
| Defendant's expert notice (FRE 701 & 702) | April 5, 2024 * |
| Government's FRE 404(b) notice | April 5, 2024 * |
| Defendant's response to FRE 404(b) notice | April 12, 2024 * |
| *Brady* notice | April 12, 2024 |

<u>Experts</u>

| | |
|---|---|
| Expert reports (FRE 702) | April 19, 2024 |
| Lay witness identification and subject matter (FRE 701) | |

<u>Non-Evidentiary Pretrial Motions</u>

| | |
|---|---|
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | April 11, 2024 ** |
| Government's response to Defendant's non-evidentiary motions | April 25, 2024 ** |
| Defendant's reply as to non-evidentiary motions | |

---

\* Nothing filed.
\*\* Filed, except for those regarding Superseding Indictment.

| | |
|---|---|
| Government's non-evidentiary pretrial motions | April 4, 2024 * |
| Defendant's response to Government's non-evidentiary motions | April 18, 2024 * |
| Government's reply as to non-evidentiary motions | April 25, 2024 * |

Evidentiary Pretrial Motions
Defendant's evidentiary pretrial motions,
such as motions to suppress evidence, or *Daubert* _____
      Government's response to Defendant's evidentiary motions _____
      Defendant's reply as to evidentiary motions _____
Government's evidentiary pretrial motions,
such as *Daubert* and other crimes (404(b)) _____
      Defendant's response to Government's evidentiary motions _____
      Government's reply as to evidentiary motions _____

Motions in Limine
Motions *in limine* by both sides _____
Responses to motions *in limine* _____
Replies as to motions *in limine* _____

Joint notice of stipulations _____

*Giglio*, *Jencks*, and Rule 26.2 material _____

*Voir Dire* and Jury Instructions _____

Witness and Exhibit Lists
Government's witness list, exhibit list and exhibits _____
Defendant's witness list, exhibit list and exhibits _____

Hearings
| | |
|---|---|
| Status hearings | May 9, 2024 at 10:30 am EST |
| Pretrial conference | September 26, 2024 at 10:00 am EST |

Additional pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

**Trial is set for October 4, 2024**.

SO ORDERED.

                                                              COLLEEN KOLLAR-KOTELLY
                                                              United States District Judge