IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**THE UNITED STATES OF AMERICA,**

v.

**CHILCOAT ET AL**

*Defendant*.

Case No. 22-cr-0299-CKK

## NOTICE IN RESPONSE TO MAY 7, 2024, MINUTE ORDER

      Undersigned Counsel respectfully submits this NOTICE in response to this Honorable Court's May 7, 2024, MINUTE ORDER directing him to file fully executed Conflict Waivers in this case. The Court is correct in stating that Undersigned Counsel had a May 6, 2024, filing due date regarding this matter. And a May 7, 2024, that he missed. Undersigned Counsel apologizes to this Honorable Court for missing the filing dates. This was an oversight on his part and was not meant to give offense. To the extent that Undersigned Counsel gave offense, he respectfully seeks this Honorable Court's forgiveness. Undersigned Counsel has attached the requested JOINT DEFENSE AGREEMENT AND CONFLICT WAIVER, which was fully executed by all relevant parties on April 17, 2024, as EXHIBIT A to this notice.

Dated: Brooklyn, New York
      May 8, 2024

Respectfully Submitted,

/s/ Joseph D. McBride, Esq.
99 Park Avenue
8th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com