UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.            )<br>)<br>)<br>SHAWNDALE CHILCOAT and )<br>DONALD CHICOAT       ) | 22-299 (CKK) |

**MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to the Local Rules for this Court, Rule LCrR 44.1(c) as amended May 26, 2022, Undersigned Counsel hereby moves this Court for an Order granting Attorney BRADFORD L. GEYER admission to practice *pro hac vice* in this U.S. District Court for the District of Columbia to appear as counsel for the Defendants DONALD CHILCOAT and SHAWNDALE CHILCOAT in the above-captioned matter. Attorney Geyer is a member in good standing of the Bar of the Commonwealth of Pennsylvania and is also admitted to practice as an active member in good standing in the following courts: State of New Jersey, United States District Court for the Eastern District of Pennsylvania, United States District Court for the District of New Jersey. Attorney Geyer's declaration in support, is attached pursuant to Rule LCrR 44.1(c), and if the Court pleases, we will make a supplemental filing with confirming Certificates of Good Standing. Mr. Geyer has been admitted in six other January 6 cases in U.S. District Court for the District of Columbia, three of which are currently open.

Dated: May 8, 2024  
Brooklyn, NY

Respectfully submitted,

/s/ Joseph D. McBride  
Joseph D. McBride, Esq.  
THE MCBRIDE LAW FIRM, PLLC  
99 Park Avenue  
6th Floor  
New York, NY 10016  
p: (917) 757-9537  
e: jmcbride@mcbridelawnyc.com  
w: www.mcbridelawnyc.com

## CERTIFICATE OF SERVICE

I certify that on the 8th day of May 2024, a copy of the foregoing with exhibits was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

    Respectfully submitted,

/s/ Joseph D. McBride
Joseph D. McBride, Esq.
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue
6th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com
w: www.mcbridelawnyc.com