**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No.  22-cr-299 (CKK) |
| SHAWNDALE CHILCOAT, DONALD CHILCOAT, | |
| Defendants. | |

## <u>NOTICE OF REPRESENTATION</u>

The United States of America, through undersigned counsel, submits this notice in response to the Court's May 9, 2024 Order. In response, undersigned counsel represents that she is authorized to work on part-time detail to the United States Attorneys' Office until December 28, 2024. Presently, undersigned counsel intends to continue as lead counsel in the matter. Undersigned counsel will promptly inform the Court if that changes.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

_____/s/_____
ASHLEY AKERS
Trial Attorney (Detailed)
MO Bar No. 69601
Ashley.akers@usdoj.gov
(202) 353-0521