UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 22-CR-299 (CKK) |
| SHAWNDALE CHILCOAT and DONALD CHILCOAT | |

**DEFENDANTS' MOTION TO WITHDRAW CERTAIN FILINGS, ADOPT CERTAIN FILINGS, AND SUBMIT SUPPLEMENTS FOR CERTAIN FILINGS WITH A PROPOSED FILING SCHEDULE THAT INCLUDES TWO UNRELATED MOTIONS**

1) Defendants move to withdraw ECF No. 37, 38, 39, 40, 41 and 117.

2) Defendants move to adopt ECF No. 84, 113, 114, 115, 116, 119 and plan to include a short supplement for ECF 116 by August 15, 2024.

3) We anticipate we may file one or two additional motions to dismiss based on entrapment, entrapment by estoppel, and selective prosecution.  We have submitted supplemental discovery requests to the government today, after which motions may be made to the Court.

4) We propose an August 30 deadline for these motions.

Dated June 13, 2024.

                    Respectfully submitted,

**/s/ Joseph D. McBride, Esq.**
Joseph D. McBride, Esq.
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue
6th Floor
New York, NY 10016
p: (917) 757-9537
e:  jmcbride@mcbridelawnyc.com

**/s/ Bradford. L Geyer**
Bradford L. Geyer
PHV
PA 62998
NJ 022751991
Suite 141 "I" Route 130 S.
Suite 303
Cinnaminson, NJ, 08077
(856) 607-5708

### CERTIFICATE OF SERVICE

I certify that on the 13th day of June 2024, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

**/s/ Joseph D. McBride, Esq.**
Joseph D. McBride, Esq.