## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SHAWNDALE CHILCOAT,<br>DONALD CHILCOAT,<br><br>Defendants. | Criminal No.  22-cr-299 (CKK) |

## PARTIES' PROPOSED PRETRIAL SCHEDULING ORDER

*Proposed Deadlines*

Discovery & Associated Deadlines
Government to complete any final discovery under present indictment    July 26, 2024

Aspirational date for grand jury decision re: superseding indictment    July 19, 2024

Government to complete discovery under any superseding indictment    July 26, 2024

Discovery motions (Fed. R. Crim. P. 16)    September 6, 2024


Expert Notices & Other Crimes Evidence
Government's expert notice (FRE 701 & 702)    August 9, 2024
Defendant's expert notice (FRE 701 & 702)    August 9, 2024
Government's FRE 404(b) notice    August 9, 2024
    Defendant's response to FRE 404(b) notice    August 16, 2024
*Brady* notice    August 30, 2024

Experts
Expert reports (FRE 702)    August 23, 2024
Lay witness identification and subject matter (FRE 701)    August 9, 2024

Non-Evidentiary Pretrial Motions
Defendant's non-evidentiary pretrial motions,
such as motions challenging the indictment    August 9, 2024
    Government's response to Defendant's non-evidentiary motions    August 23, 2024
    Defendant's reply as to non-evidentiary motions    August 30, 2024

1

| | |
|---|---|
| Government's non-evidentiary pretrial motions | August 9, 2024 |
| Defendant's response to Government's non-evidentiary motions | August 23, 2024 |
| Government's reply as to non-evidentiary motions | August 30, 2024 |

Evidentiary Pretrial Motions

| | |
|---|---|
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | August 16, 2024 |
| Government's response to Defendant's evidentiary motions | August 30, 2024 |
| Defendant's reply as to evidentiary motions | September 6, 2024 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | August 16, 2024 |
| Defendant's response to Government's evidentiary motions | August 30, 2024 |
| Government's reply as to evidentiary motions | September 6, 2024 |

Motions in Limine

| | |
|---|---|
| Motions *in limine* by both sides | August 30, 2024 |
| Responses to motions *in limine* | September 13, 2024 |
| Replies as to motions *in limine* | September 20, 2024 |

Pretrial Filings

| | |
|---|---|
| Joint notice of stipulations | September 23, 2024 |
| *Giglio*, *Jencks*, and Rule 26.2 material | September 23, 2024 |
| *Voir Dire* and Jury Instructions | September 23, 2024 |

Witness and Exhibit Lists

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | September 23, 2024 |
| Defendant's witness list, exhibit list and exhibits | September 23, 2024 |

Hearings

| | |
|---|---|
| Status Hearing | August 29, 2024 |
| Pretrial Conference | September 26, 2024 |

Additional pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

| | |
|---|---|
| Trial | October 4, 2024 |

**SO ORDERED.**

COLLEEN KOLLAR-KOTELLY
United States District Judge