IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA,

v.

CHILCOAT ET AL

*Defendant*.

Case No. 22-cr-0299-CKK

## MOTION TO MODIFY BAIL CONDITIONS

DEFENDANT, SHAWNDALE CHILCOAT, by and through undersigned counsel, respectfully moves this Honorable Court under 18 U.S.C. 3142(c)(3) of the Bail Reform Act to modify its January 18, 2024, ORDER SETTING CONDITIONS OF RELEASE in her case. (*See* ECF No. 100)

Mrs. Chilcoat is not a flight risk, has not been charged with a crime of violence, and is currently on house arrest as per this Honorable Court's ORDER. (*Id.*) Ms. Chilcoat was in complete compliance with her conditions of release for nearly one year, from August 2022 to September 2023 (*See* ECF. No. 96 MEMORANDUM OPINION at 16) before serving ninety-three days of detention after a period of non-compliance that she described as "extremely difficult and a shocking eye-opener." (*Id.* at 16). Ms. Chilcoat has completely complied with her conditions of release since her January 18, 2024, release.

Mrs. Chilcoat is asking for this Honorable Court to remove the condition of electronic location monitoring equipment because the ankle monitoring device causes her significant discomfort, regularly cuts her, and causes unnecessary swelling and discoloration in her ankle and foot. She respectfully argues that her ankle monitor is redundant and unnecessary because she is on house arrest and not regularly traveling for work like her husband, Donald Chilcoat.

1

Undersigned counsel recently spoke to AUSA Ashley Akers regarding the DOJ's position on this modification request. AUSA Akers informed him that the DOJ opposes Mrs. Chilcoat's modification request. Undersigned counsel recently spoke to Pretrial Services Officer Britney Dahlkotter regarding this request. Ms. Dahlkotter stated that she would "defer to the Court" regarding Ms. Chilcoat's modification request.

Therefore, and for the reasons stated above, Shawndale Chilcoat, through her attorney Joseph D. McBride, respectfully requests that this Honorable Court grant her Bail Modification Motion over the DOJ's opposition to her request.

Dated: State of Tennessee
       July 8, 2024

Respectfully Submitted,

/s/ Joseph D. McBride, Esq.
99 Park Avenue
8th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically served on opposing counsel on July 8, 2024

/s/ Joseph D. McBride, Esq.

2