UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 22-cr-299-CKK |
| v. : | |
| : | |
| SHAWNDALE CHILCOAT, and : | |
| DONALD CHILCOAT, : | |
| : | |
| Defendants. : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE POSITION REGARDING THE IMPACT OF
_UNITED STATES V. FISCHER_, 144 S.Ct. 2176 (2024), ON COUNT ONE**

The United States of America, through undersigned counsel, hereby moves this Court for an extension of time of one week, to and including August 21, 2024, to file the government's position about the impact of *United States v. Fischer*, 144 S.Ct. 2176 (2024), on Count One of the Superseding Indictment. The government's response is due on August 14, 2024. This is the first request for an extension of time. The government has conferred with defense counsel, who consents to this request.

Good cause supports this request. The parties are currently discussing the potential for a resolution of this case and expect to continue these discussions this week. As such, a brief extension of time to file would help the parties engage in these discussions and promote judicial economy.

By:        */s/ Michael J. Romano*
           Michael J. Romano
           Deputy Chief, Capitol Siege Section
           IL Bar No. 6293658
           michael.romano2@usdoj.gov
           (202) 252-7154

           */s/ Ashley Akers*
           ASHLEY AKERS
           Trial Attorney (Detailed)
           MO Bar No. 69601
           Ashley.akers@usdoj.gov
           (202) 353-0521