IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**<br><br>v.<br><br>**CHILCOAT ET AL**<br><br>*Defendant*. | Case No. 22-cr-0299-CKK |

### JOINT MOTION TO WITHDRAW AS COUNSEL

Joseph D. McBride and Bradford L. Geyer, attorneys of record for Shawndale Chilcoat and Donald Chilcoat, defendants in the above-captioned case, respectfully move this Honorable Court for permission to withdraw as counsel from this case because the attorney-client relationship has irretrievably broken down and the defendants appear to have fired them.

A few months ago, defense attorneys Brad Geyer and Joseph McBride had a series of conversations with Shawndale and Donald Chilcoat, during which all parties decided to push for a plea bargain while complying with this Honorable Court's scheduling order. During these conversations, Defense counsels made clear to Shawndale and Donald Chilcoat that at no time would a Sovereign-Citizen defense be put on or in any way litigated in this case. Following these conversations, Defense counsels withdrew a series of motions that predated their arrival, hoping to set a more productive course forward.

At some point, Mrs. Chilcoat started emailing motions to this Honorable Court. Defense Counsels admonished Shawndale and Donald Chilcoat and explained that their actions, whether by commission or omission, were counterproductive. Defense Counsels then directed Mr. and Mrs.

1

Chilcoat not to send any more motions to this Court because said motions undermined the Defense's plea-negotiating and sentencing strategy.

The Government made what attorneys McBride and Geyer describe as a reasonable plea offer in early August. Defense Counsels immediately attempted to contact Mr. and Mrs. Chilcoat after they received the Government's plea offer. Attorneys McBride and Geyer called, texted, and emailed Shawndale and Donald Chilcoat to discuss the plea offer. Mr. and Mrs. Chilcoat, however, have not responded but have, instead, sent more motions and letters to this Honorable Court that undermine the Defense's ability to litigate this case, violate the sanctity of the attorney-client relationship, and refer to attorneys Joseph McBride and Brad Geyer as "former defense attorneys."

Attorneys McBride and Geyer respectfully submit that these filings, which refer to them as "former defense attorneys," plus the fact that Mr. and Mrs. Chilcoat have ended communication with McBride and Geyer, support the conclusion that McBride and Geyer have been fired from this case. McBride and Geyer further submit that the letters and motions that Mr. and Mrs. Chilcoat continue to send to this Honorable Court prove that the attorney-client relationship is irretrievably broken. Because of this, McBride and Geyer can no longer effectively represent Shawdale or Donald Chilcoat. As such, Attorneys McBride and Geyer respectfully move this Honorable Court for a joint order, allowing them to withdraw as attorneys of record.

WHEREFORE, it is respectfully requested that in consideration of the abovementioned facts, this court issue an order permitting undersigned counsels to withdraw as attorneys of record and, by doing so, relieve them of any further obligation to this case.

Dated: San Diego, California
August 19, 2024

Respectfully Submitted,

/s/ Joseph D. McBride, Esq.
99 Park Avenue
8th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com

/s/ Bradford L. Geyer
FormerFedsGroup.com, LLC
141 I Route 130 South
Suite 303
Cinnaminson, NJ 08077
E: Brad@FormerFedsGroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically served on opposing counsel on August 19, 2024

/s/ Joseph D. McBride, Esq.