RECEIVED BY CHAMBERS
8/22/24
LCCKK 3

Shawndale Chilcoat. Sui Juris.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.                                                                                          Case No.: 22-cr-299CKK

**Shawndale Chilcoat and Donald Chilcoat**

Defendants.

---

**TO THE CLERK OF COURT IN THE ABOVE-NAMED COURT,**

**COMES NOW** the Defendant, Shawndale Chilcoat, sui juris, one of the lawful people of the Northwest Territory of Ohio, as established by the Northwest Ordinance of 1787. My husband, Donald Chilcoat, and I have been married for over 30 years and are of "one flesh," as stated in Genesis 2:24.

In accordance with proper legal procedure, I have included a Certificate of Service with every motion I have filed with this Court, and none has been returned to me. To ensure transparency and proper record-keeping, a Certificate of Receipt should be provided to confirm that the **MOTION FOR VIRTUAL HEARING ACCOMMODATION WITHOUT WAIVING JURISDICTIONAL CHALLENGE** was served upon the United States Attorney's Office for the District of Columbia and that it has been acknowledged.

LEAVE TO FILE GRANTED
See Accompanying Order.
8/22/24

*Shawndale Chilcoat*                                                        August 21, 2024

Shawndale Chilcoat, sui juris                                          Date

1

Shawndale Chilcoat. Sui Juris.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.                                              Case No.: 22-cr-299CKK

**Shawndale Chilcoat and Donald Chilcoat**

**Defendants**

---

## MOTION FOR VIRTUAL HEARING ACCOMMODATION WITHOUT WAIVING JURISDICTIONAL CHALLENGE

**COMES NOW** the Defendants, Shawndale Chilcoat and Donald Chilcoat, **sui juris**, respectfully request that this Honorable Court permit the Defendants to attend the hearing scheduled for August 29, 2024, virtually, as initially planned, if the August 21, 2024, motion to cancel or stay is denied. This request is submitted without waiving their ongoing challenge to the Court's subject matter jurisdiction. The Defendants maintain that the Court's jurisdiction over this matter remains in dispute and request this accommodation solely to address procedural requirements until such time as their jurisdictional challenge is resolved.

The Defendants provide the following reasons to support their request, while expressly preserving their objections to the Court's jurisdiction:

1. **Financial Hardship and Work Disruption** Defendant Donald Chilcoat will experience a significant financial burden if required to attend the hearing in person. Donald's work schedule during the week of the hearing includes critical overtime hours over the Labor Day holiday. Missing work for in-person attendance would not only reduce his regular wages but also cause a loss of overtime and holiday pay, severely impacting his family's

2

Shawndale Chilcoat. Sui Juris.

financial stability. Virtual attendance would alleviate this burden without undermining the Defendants' rights to challenge jurisdiction.

2. **Health and Family Responsibilities** Defendant Shawndale Chilcoat is the primary caregiver for her granddaughter, who on August 21, 2024 (today) underwent surgery for sleep apnea, proof can be provided if necessary. Shawndale's presence is essential to her granddaughter's recovery during the week of the scheduled hearing, a responsibility that has been planned for months. Additionally, the Defendants are responsible for their two 16-year-old twin sons, who need their daily support. Traveling to Washington, D.C., would disrupt these family responsibilities and cause undue hardship, all while the jurisdictional dispute remains unresolved.

3. **COVID-19 Concerns** The Defendants also cite ongoing health concerns related to COVID-19 as additional support for their request. Shawndale Chilcoat, as the primary caregiver for her post-surgery granddaughter, faces increased health risks by traveling. Virtual attendance would mitigate these risks and allow the Defendants to fulfill their caregiving responsibilities without compromising their health or their right to challenge jurisdiction.

4. **Lack of Discovery and Trial Preparation** The Defendants remind the Court that, despite two years of involvement in this case, they have yet to receive any discovery materials. This lack of information significantly hampers their ability to prepare for trial, which is scheduled for October 4, 2024. Additionally, the Defendants have encountered ineffective assistance of counsel, leading to the discharge of their previous attorneys. Counsel's refusal to file a motion to dismiss the 18 U.S.C. § 1512 charge following the Supreme Court's ruling further complicates matters. The Defendants' request for a virtual

Shawndale Chilcoat. Sui Juris.

hearing is procedural and does not waive their ongoing challenges to the Court's jurisdiction.

5. **No Objection to Speedy Trial Waiver** If the Court has concerns about the timing of these proceedings, the Defendants express no objection to waiving their right to a speedy trial. This waiver is contingent upon maintaining their jurisdictional challenge and is offered solely as a procedural measure to allow for virtual participation and additional preparation time.

6. **Good Faith and Fairness** The Defendants believe that the sudden change from a virtual hearing to an in-person requirement imposes unnecessary stress and hardship, particularly given the limited notice. The Defendants request that the Court accommodate their virtual attendance while they continue to challenge the Court's jurisdiction. This request is made in good faith and does not constitute a waiver of any jurisdictional objections.

**WHEREFORE**, the Defendants respectfully request that this Honorable Court:

1. Permit the Defendants to attend the hearing scheduled for August 29, 2024, virtually, as initially planned, without waiving their jurisdictional challenge; and
2. Provide any additional relief that the Court deems just and proper.

**Respectfully submitted,**

*Shawndale Chilcoat*
Shawndale Chilcoat, sui juris

August 21, 2024
Date

4

Shawndale Chilcoat. Sui Juris. ██████████

Shawndale Chilcoat



Date: August 18, 2024

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**
**Plaintiff,**
v.
**Shawndale Chilcoat and Donald Chilcoat,**
**Defendant's**

**Case No. 22-cr-299CKK**

---

## CERTIFICATE OF RECEIPT

We, Shawndale Chilcoat and Donald Chilcoat, hereby certify that:

On **August 21, 2024**, a true and correct copy of the **MOTION FOR VIRTUAL HEARING ACCOMMODATION WITHOUT WAIVING JURISDICTIONAL CHALLENGE** was served electronically via email to the D.C. intake system at **dcd_intake@dcd.uscourts.gov**.

On **August 22, 2024**, a true and correct copy of the same motion was sent via certified mail to the following parties:

**United States Attorney's Office**

**Attn: Civil Process Clerk**

601 D Street NW

Washington, D.C. 20530

**Ashley Akers**

**Assistant United States Attorney**

United States Attorney's Office

Shawndale Chilcoat, Sui Juris, ███████████

601 D Street NW

Washington, D.C. 20530

Further, we request that a Certificate of Receipt be provided to confirm that this motion has been received and acknowledged by the United States Attorney's Office for the District of Columbia and the government attorney representing the plaintiff in this case.

Respectfully submitted,

*Shawndale Chilcoat*
Shawndale Chilcoat, sui juris

August 21, 2021
Date