# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAWNDALE CHILCOAT and<br>DONALD CHILCOAT,<br><br>Defendants. | Criminal Action No. 22-299 (CKK) |

## ORDER
(August 23, 2024)

On August 22, 2024, the Court received a request from Defendant Shawndale Chilcoat for leave to file, *pro se*, a [162] "Motion for Virtual Hearing Accommodation." The Court granted leave to file and now **DENIES** Defendant Mrs. Chilcoat's motion.

As it stands, Defendant Mrs. Chilcoat is represented by counsel. *See* Order, ECF No. 135. And as a general matter, this Court "need not consider motions filed *pro se* while the movant is represented by counsel." *Pinson v. U.S. Dep't of Just.*, 273 F. Supp. 3d 1, 15 (D.D.C. 2017) (RC); *see also McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) (holding that "*Faretta* does not require a trial judge to permit 'hybrid' representation" with both represented and *pro se* features in a criminal trial). But in light of her counsel's [158] Joint Motion to Withdraw,[1] the apparent lack of communication between Mrs. Chilcoat and her counsel, *see* Minute Order, August 19, 2024, and the content of Mrs. Chilcoat's [162] Motion for Virtual Hearing Accommodation, the Court has made an exception and now considers Mrs. Chilcoat's motion.

Mrs. Chilcoat asks that the Court permit her to "attend the hearing scheduled for August 29,

---

[1] The Court held defense counsel's motion in abeyance pending the upcoming status hearing on August 29, 2024, at which time the Court "can determine the status of Defense Counsel's representation of both Defendants and Defendants' intended course of action moving forward." Minute Order, August 19, 2024.

2024, virtually, as initially planned." ECF No. 162 at 2. Mrs. Chilcoat offers four grounds for this request. First, Mrs. Chilcoat contends that attending the hearing in person, rather than remotely via Zoom, would interfere with her husband, and co-defendant, Donald Chilcoat's work schedule. *Id.* at 2–3. Second, Mrs. Chilcoat explains that traveling to this Court would disrupt her responsibilities as the primary caregiver for her two teenage sons as well as for her granddaughter, who has recently undergone a surgical procedure. *Id.* at 3. Third, Mrs. Chilcoat relays her "ongoing health concerns related to COVID-19" and the "increased health risks" of traveling during her granddaughter's convalescence. *Id.* Finally, Mrs. Chilcoat argues that the "sudden change from a virtual hearing to an in-person requirement imposes unnecessary stress and hardship, particularly given the limited notice." *Id.* at 4.

Although the Court is sensitive to Mrs. Chilcoat's concerns, the hearing scheduled for 10:00 AM ET on August 29, 2024 in Courtroom 28A will remain in person. The Court anticipates that the hearing will be relatively brief and that both Defendants will be able to return home the same evening. If necessary, and if counsel are available, the Court can adjust the time of the hearing to the afternoon of August 29, 2024 to allow Defendants time to travel to and from the Court in one day. The Court also anticipates that, given the sensitive nature of the attorney-client issues to be discussed, portions of the hearing will need to be conducted *ex parte* and on a sealed record. The physical presence of all involved will facilitate this process. Further, the Court assures the parties that it takes COVID-19 concerns seriously and that procedures are in place in the courtroom to minimize exposure risk. Finally, the Court notes that the circumstances necessitating in-person attendance at the upcoming hearing—Mrs. Chilcoat's requests for leave to file and defense counsel's [158] Joint Motion to Withdraw—arose only recently. The Court has endeavored to address these matters swiftly and efficiently.

Accordingly, Defendant Shawndale Chilcoat's [162] Motion for Virtual Hearing Accommodation is **DENIED**.

The Clerk of Court is respectfully directed to send a copy of this Order to Defendants' address of record by overnight mail.

**SO ORDERED**.

Date: August 23, 2024

                                                /s/
                                   **COLLEEN KOLLAR-KOTELLY**
                                   United States District Judge