UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>SHAWNDALE CHILCOAT,<br>DONALD CHILCOAT,<br><br>  Defendants. | Criminal No.  22-cr-299 (CKK) |

**CONSENT MOTION FOR EXTENSION OF TIME**

The United States of America, through undersigned counsel, hereby moves this Court for an extension of time to file the government's responses to defense's pretrial motions. The government's responses are currently due on August 23, 2024. This is the first request for an extension of time. Defense counsel consents to this request.

Good cause supports this request. On June 20, 2024, the parties appeared for a status conference. *See* Minute Order (6/20/2024). Prior to this hearing, defendant Shawndale Chilcoat had submitted various pretrial "filings" via email. Defense counsel was unaware of these filings and, at the status conference, orally moved to strike such filings. The Court granted the defense counsel's request. To avoid confusion during pretrial briefing and to ensure that all counsel were aware of defense filings, the Court ordered that all future defense motions be filed through defense counsel on CM/ECF.

Following the status conference, the Court issued an updated pretrial scheduling order. *See* ECF No. 149. In that scheduling order, the Court ordered that the parties' non-evidentiary motions be filed by August 9, 2024, and responses by August 23, 2024. *Id.*

Since the issuance of the pretrial scheduling order, defendant Shawndale Chilcoat has

submitted via email (but not filed on CM/ECF) approximately a dozen documents styled as various types of motions.[1] The Court has indicated that it has been in receipt of some, but not all, of the motions. Many of these "motions" appear to duplicate arguments that defense counsel of record successfully moved to withdraw at the June 20, 2024 status conference. Other of these "motions" were emailed (but never filed on CM/ECF) after the deadline set forth in the pretrial scheduling order, and, thus, are untimely. And in some of these papers, the defendant appears to act "pro se" despite having counsel of record. None of these submissions have been docketed on CM/ECF.

As such, it is unclear to the government which motions, if any, are properly before the Court, and thus which motions require a response.[2] The parties are scheduled to appear before the Court on August 29, 2024. *See* Minute Order (8/19/2024). The government respectfully requests an extension of time to file responses to defense motions until after that hearing at which time the Court can determine which, if any, defense motions are properly before the Court.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

*/s/*
ASHLEY AKERS

---

[1] Defendant Shawndale Chilcoat has CC'd undersigned counsel on the emails attaching these documents but has never included defense counsel on these emails. However, undersigned counsel has forwarded these submissions to defense counsel.

[2] Additionally, the pretrial scheduling order provides that parties must file evidentiary motions, such as motions *in limine*, by August 16, 2024. The government filed two such motions. *See* ECF Nos. 156, 157. However, since that deadline, defense counsel has moved to withdraw from the case. ECF No. 158. Although that motion has not yet been ruled upon, if defense counsel is permitted to withdraw from the case and defendants proceed to trial *pro se*, the government will seek leave to file additional appropriate motions *in limine* in response to sovereign citizen arguments that the government expects defendants to raise at trial. The government will move for permission to file such motions if it becomes necessary.

Trial Attorney (Detailed)
MO Bar No. 69601
Ashley.akers@usdoj.gov
(202) 353-0521