**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **SHAWNDALE CHILCOAT** | **:** | **Case No: 22-cr-299 (CKK)** |
| | **:** | |
| **and** | **:** | |
| | **:** | |
| **DONALD CHILCOAT,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

**RESPONSE TO COURT ORDER**

The United States, through undersigned counsel, hereby files this response to the Court's September 3, 2024 Minute Order, directing the government to inform the Court whether it has "ever sought, filed with the Court, or presented to Defendants" a protective order concerning discovery in this matter. As explained more thoroughly below, Donald Chilcoat signed a protective order at the onset of the case, *see* Attachment 1, and the government repeatedly presented and sought a protective order from Shawndale Chilcoat to no avail. The parties have not filed for a protective order with the Court.

The defendants were charged by complaint on August 10, 2022. *See* ECF No. 1. On August 17, 2022, Attorney Steven Kiersh entered his appearance on behalf of defendant Shawndale Chilcoat, and on August 23, 2022, attorney Maria Jacob appeared on behalf of Donald Chilcoat.

On September 1, 2022, undersigned counsel emailed a proposed protective order and motion for a protective order to defense counsel for Donald Chilcoat. That same day, defense

counsel for Donald Chilcoat returned a signed protective order.[1] The government promptly

produced discovery to Donald Chilcoat's counsel.

On September 19, 2022, undersigned counsel emailed a proposed protective order and

motion for a protective order to defense counsel for Shawndale Chilcoat. After receiving no

response, on September 22, 2022, undersigned counsel sent a follow up email with the same

attachments. Defense counsel for Shawndale Chilcoat confirmed that he sent the attachments to

Shawndale Chilcoat.[2] On that same day, defense counsel for Shawndale Chilcoat indicated that

Shawndale Chilcoat "desires new counsel and will not sign the protective order until she has new

counsel."

On September 26, 2022, the parties appeared by video for an arraignment and status

conference.[3]  At that hearing, Shawndale Chilcoat's counsel noted that he sent the proposed

protective order to Shawndale Chilcoat and she indicated in response that she desires new counsel.

After questioning by the Court on the issue of representation, Shawndale Chilcoat indicated that

she is not sure why a protective order is needed because she has nothing to hide. The Court

explained the purpose of a protective order and potential implications of not signing the order.

---

[1] Defense counsel signed the protective order on behalf of defendant Donald Chilcoat, representing that Donald Chilcoat "asked me to sign on his behalf as he does not have a printer and is not very computer savy [sic]."

[2] This is corroborated by Shawndale Chilcoat's reference on pages 11 and 51-52 of Attachment 2, a document that Shawndale Chilcoat emailed to undersigned counsel on August 24, 2023, which shows that her counsel forwarded the email from the government requesting a protective order.  *See also* Attachment 1 at 56 (narrative by Shawnale Chilcoat indicating that her counsel, Mr. Keirsh, told her that a protective order was "standard in all January 6 cases" and that it would provide her access to discovery, and indicating that Mr. Keirsh "tried to trick me into signing which would have allowed him to view my discovery packet").

[3] Given the deadline for this filing, the government does not have time to obtain the transcript prior to the filing of this response to the Court's order. Undersigned counsel represents the facts to the best of her recollection, with reference to her personal notes, of that hearing.

On November 21, 2022, attorney Michael Lawlor entered an appearance on behalf of Shawndale Chilcoat. On that same day, undersigned counsel emailed a proposed protective order and motion for a protective order to defense counsel. After receiving no response, on December 4, 2022, undersigned counsel sent a follow up email with the same attachments. Undersigned counsel made contact via telephone with Shawndale Chilcoat's defense counsel in early December 2022 in attempt to resolve any concerns with the protective order to no avail.

On December 9, 2022, the parties appeared for a status conference. At that status conference, issues of representation for Shawndale Chilcoat were raised. At that time, the government had not provided discovery to Shawndale Chilcoat because she refused to work with her defense counsel to receive the discovery and she refused to sign a protective order. *See* Tr. at 9 (12/9/22). Following the hearing, defense counsel for Shawndale Chilcoat requested that, although Shawndale Chilcoat had not executed the protective order, the government provide non-sensitive discovery. On December 17, 2022, undersigned counsel uploaded non-sensitive discovery for defense counsel for Shawndale Chilcoat. Undersigned counsel discussed the need for a protective order at least one additional time in December 2022 with defense counsel.

On February 2, 2023, defense counsel for Shawndale Chilcoat indicated that he had not yet been able to review discovery with the defendant. On September 5, 2023, the defendants failed to appear for a previously scheduled status conference. By this date, undersigned counsel had spoken with defense counsel for Shawndale Chilcoat at least once about discovery, including raising the protective order.

After the defendants were apprehended after two months of failing to appear, the defendants indicated to the Court that they intended to obtain new counsel. The Court ordered a deadline for new counsel to state their appearance. *See* ECF Minute Order (4/11/2024). On April

15, 2024, defense counsel Joseph McBride entered an appearance on behalf of Shawndale Chilcoat

and Donald Chilcoat. ECF Nos. 127, 128. Government counsel produced the full case discovery

to present defense counsel.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

Date: September 4, 2024        By: ___/s/ Ashley Akers_____
Ashley Akers
Trial Attorney
MO Bar No. 69601
Detailed to the U.S. Attorney's Office
601 D Street NW
Washington, DC 20001
(202) 353-0521
AshleyAkers@usdoj.gov