UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

SHAWNDALE CHILCOAT and
DONALD CHILCOAT,

Defendants.

Criminal Action No. 22-299 (CKK)

**ORDER**
(September 11, 2024)

On September 11, 2024, Defendants Shawndale Chilcoat and Donald Chilcoat jointly requested leave to file, *pro se*, a [173] Motion to Stay and for other relief. The Court granted leave to file and now **DENIES IN PART** and **HOLDS IN ABEYANCE IN PART** the Motion.

At the last Status Hearing, with Defendants present via Zoom, this Court ordered Defendants' appearance at the Status Hearing scheduled for tomorrow, September 12. Minute Order, Aug. 29, 2024. The Court has reviewed Defendants' eleventh-hour request to continue that hearing and finds it lacks merit. Accordingly, the Court **DENIES** that request and **ORDERS** Defendants to appear in Courtroom 28A at 1:00 PM on September 12, 2024 for the Status Hearing.

Defendants' other requests in their latest [173] Motion simply highlight the need for the Status Hearing. Their requests can and will be discussed then and are **HELD IN ABEYANCE.**

Although Defendants are presently represented by counsel, the Court will arrange for courtesy copies of this Order to be delivered to them via mail and email.

**SO ORDERED.**

Date: September 11, 2024

_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge