NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.                                    Criminal Number  22-CR-299

SHAWNDALE CHILCOAT and DONALD CHILCOAT
        (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☐ RETAINED          ☒ FEDERAL PUBLIC DEFENDER

/s/Edward G. Bryan
_____
                          *(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Edward G. Bryan Ohio Bar:  0055556
_____
                *(Attorney & Bar ID Number)*

Federal Public Defender - Northern District of Ohio
_____
                        *(Firm Name)*

1660 West Second Street, Suite #750
_____
                     *(Street Address)*

Cleveland, OH  44113
_____
*(City)*             *(State)*          *(Zip)*

216-522-4856
_____
                   *(Telephone Number)*