# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAWNDALE CHILCOAT and<br>DONALD CHILCOAT,<br><br>Defendants. | Criminal Action No. 22-299 (CKK) |

## ORDER
(December 4, 2024)

In early October, Defendants Shawndale Chilcoat and Donald Chilcoat informed the Court that they intended to waive their right to counsel and represent themselves at trial. *See* Order, ECF No. 215 at 4. Before the Court could conduct a *Faretta* inquiry, Defendants reported that they no longer intended to waive their right to counsel and would secure appointed counsel from Ohio. *See* Order, ECF No. 219 at 3. On October 30, Attorneys Edward Bryan and Matthew Gay from the Federal Public Defender for the Northern District of Ohio noticed their appearance on behalf of Defendants. ECF Nos. 220, 221.

Messrs. Bryan and Gay were "appointed to represent both Donald and Shawndale Chilcoat." Defs.' Mot., ECF No. 224 at 1. And on inquiry from the Court, Defendants have twice confirmed that they intend to proceed with joint representation by Messrs. Bryan and Gay. *See* Min. Order (Nov. 14, 2024); Notice, ECF No. 225 at 1. That arrangement is consistent with their earlier joint representation by Attorneys Joseph McBride and Bradford Geyer. *See* ECF Nos. 127, 128, 140. Consistent with this Court's past practice, *see* Min. Order (Apr. 16, 2024), the Court ordered the parties to appear for a hearing under Federal Rule of Criminal Procedure 44(c) to inquire about the propriety of Messrs. Bryan and Gay jointly representing Defendants and to advise Defendants of their rights, *see* Min. Order (Nov. 19, 2024).

1

To ensure Defendants are aware of their rights and the implications of proceeding with joint representation, and to avoid any ethical conflicts for Messrs. Bryan and Gay, the Court has arranged for the appearance of Federal Public Defender A.J. Kramer and First Assistant Federal Public Defender Shelli Peterson as independent advisors to Defendants in advance of the Rule 44(c) hearing to prepare them for the Court's inquiry. Mr. Kramer will consult with Donald Chilcoat and Ms. Peterson will consult with Shawndale Chilcoat about the waivers in the draft Joint Defense Agreement provided by Messrs. Bryan and Gay to the Court and the Government. Mr. Kramer and Ms. Peterson have Defendants' contact information. And the Court can arrange for Defendants to consult with them using the Court's videoconferencing platform as necessary.

The Rule 44(c) hearing will otherwise proceed as scheduled on November 5, 2024 at 2:00 PM ET via Zoom.

**SO ORDERED.**

*/s/ Colleen Kollar-Kotelly*
COLLEEN KOLLAR-KOTELLY
United States District Judge