**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| UNITED STATES OF AMERICA, |
| v. |
| SHAWNDALE CHILCOAT, |
| DONALD CHILCOAT, |
| Defendants. |

Criminal No.  22-cr-299 (CKK)

**NOTICE OF FILING PROPOSED PRETRIAL SCHEDULING ORDER**

Defendants, Donald and Shawndale Chilcoat, through counsel, respectfully submit the attached proposed pretrial scheduling order which contemplates a potential trial date of April 14, 2025.

The parties have conferred and agree on the proposed schedule.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar:  0051928

*/s/Edward G. Bryan*
EDWARD G. BRYAN
Assistant Federal Public Defender
Ohio Bar: 0055556

*/s/Matthew Gay*
MATTHEW GAY
Assistant Federal Public Defender
NY Bar No: 5237409
1660 West Second Street, Suite #750
Cleveland, OH 44113
(216) 522-4856 Fax: (216)522-4321
E-mail: Edward_Bryan@fd.org
          Matthew_Gay@fd.org