UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SHAWNDALE CHILCOAT,<br>DONALD CHILCOAT,<br><br>Defendants. | Criminal No. 22-cr-299 (CKK) |

## PARTIES' PROPOSED PRETRIAL SCHEDULING ORDER

*Proposed Deadlines*

<u>Discovery & Associated Deadlines</u>
Government to complete any final discovery under present indictment        January 13, 2025

Aspirational date for grand jury decision re: superseding indictment        February 3, 2025

Government to complete discovery under any superseding indictment        February 10, 2025

Discovery motions (Fed. R. Crim. P. 16)        February 17, 2025


<u>Expert Notices & Other Crimes Evidence</u>
Government's expert notice (FRE 701 & 702)        February 17, 2025
Defendant's expert notice (FRE 701 & 702)        February 17, 2025
Government's FRE 404(b) notice        February 17, 2025
    Defendant's response to FRE 404(b) notice        March 3, 2025
*Brady* notice        March 10, 2025


<u>Experts</u>
Expert reports (FRE 702)        February 24, 2025
Lay witness identification and subject matter (FRE 701)        March 3, 2024

<u>Non-Evidentiary Pretrial Motions</u>
Defendant's non-evidentiary pretrial motions,
such as motions challenging the indictment        January 27, 2025
    Government's response to Defendant's non-evidentiary motions        February 10, 2025
    Defendant's reply as to non-evidentiary motions        February 24, 2025

| | |
|---|---|
| Government's non-evidentiary pretrial motions | January 27, 2025 |
| Defendant's response to Government's non-evidentiary motions | February 10, 2025 |
| Government's reply as to non-evidentiary motions | February 24, 2025 |

Evidentiary Pretrial Motions

| | |
|---|---|
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | March 10, 2025 |
| Government's response to Defendant's evidentiary motions | March 24, 2025 |
| Defendant's reply as to evidentiary motions | April 7, 2025 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | March 10, 2025 |
| Defendant's response to Government's evidentiary motions | March 24, 2025 |
| Government's reply as to evidentiary motions | April 7, 2025 |

Motions in Limine

| | |
|---|---|
| Motions *in limine* by both sides | February 10, 2025 |
| Responses to motions *in limine* | February 24, 2025 |
| Replies as to motions *in limine* | March 10, 2025 |

Pretrial Filings

| | |
|---|---|
| Joint notice of stipulations | March 24, 2025 |
| *Giglio*, *Jencks*, and Rule 26.2 material | March 24, 2025 |
| *Voir Dire* and Jury Instructions | March 24, 2025 |

Witness and Exhibit Lists

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | March 24, 2025 |
| Defendant's witness list, exhibit list and exhibits | March 24, 2025 |

Hearings

| | |
|---|---|
| Status Hearing | February 3, 2025 |
| Pretrial Conference | March 24, 2025 |

Additional pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

| | |
|---|---|
| Trial | April 14, 2025 |

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge